STEVE W. BERMAN (*pro hac vice* to be filed)
SEAN R. MATT (*pro hac vice* to be filed)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
sean@hbsslaw.com

Christopher R. Pitoun (SBN 290235)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, California 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
christopherp@hbsslaw.com

*Counsel for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| OMAR GONZALEZ and JOHNATHAN NESBITT, on behalf of themselves and all others similarly situated,<br><br>                         Plaintiffs,<br><br>        v.<br><br>AMERICAN HONDA MOTOR COMPANY, a California corporation,<br><br>                         Defendant. | Case No.:   2:23-cv-3082<br><br>**CLASS ACTION**<br><br>**CLASS ACTION COMPLAINT** |

1

**TABLE OF CONTENTS**

**Page**

I.    NATURE OF THIS ACTION........................................................ 1

II.   JURISDICTION AND VENUE ..................................................... 2

III.  PARTIES .................................................................................... 2

      A.    Plaintiffs ......................................................................... 2

      B.    Defendant ....................................................................... 4

IV.   FACTUAL ALLEGATIONS ....................................................... 10

V.    CHOICE OF LAW ALLEGATIONS ........................................... 76

VI.   CLASS ACTION ALLEGATIONS ............................................. 76

VII.  CLAIMS ................................................................................... 79

      A.    Claims Brought on Behalf of the Nationwide Class ........... 79

COUNT I BREACH OF IMPLIED WARRANTY (BASED ON CALIFORNIA
      LAW)........................................................................................... 79

COUNT II VIOLATIONS OF MAGNUSON MOSS WARRANTY ACT, ............ 83

15 U.S.C. §§ 2301 ................................................................................. 83

COUNT III UNJUST ENRICHMENT ..................................................... 85

COUNT IV VIOLATIONS OF THE CALIFORNIA CONSUMER LEGAL
      REMEDIES ACT (CAL. CIV. CODE § 1750, *ET SEQ.*) ................. 86

COUNT V VIOLATIONS OF CALIFORNIA'S UNFAIR COMPETITION
      LAW (CAL. BUS. & PROF. CODE § 17200, *ET SEQ.*) ................. 90

COUNT VI FRAUD BY CONCEALMENT (BASED ON CALIFORNIA
      LAW)........................................................................................... 92

COUNT VII BREACH OF IMPLIED WARRANTY OF
      MERCHANTABILITY (CAL. COM. CODE § 2314)...................... 95

      B.    Claims Brought on Behalf of the South Carolina Class ...... 97

COUNT VIII VIOLATION OF THE SOUTH CAROLINA UNFAIR TRADE
      PRACTICES ACT (S.C. CODE ANN. § 39-5-10 *ET SEQ.*) .......... 97

COUNT IX BREACH OF IMPLIED WARRANTY OF
      MERCHANTABILITY (S.C. CODE §§ 36-2-314 AND 36-2A-212)........... 98

PRAYER FOR RELIEF ........................................................................ 99

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JURY DEMAND ................................................................................................... 99

1    All allegations made in this Complaint are based upon information and belief
2    except those allegations that pertain to Plaintiffs, which are based on personal
3    knowledge. Each allegation in this Complaint either has evidentiary support or,
4    alternatively, pursuant to Rule 11(b)(3) of the *Federal Rules of Civil Procedure*, is likely
5    to have evidentiary support after a reasonable opportunity for further investigation or
6    discovery.

## I.    NATURE OF THIS ACTION

7    1.    Plaintiffs bring this proposed class action for damages and injunctive relief
8    on behalf of themselves and all other persons and entities nationwide who purchased or
9    leased a 2022-2023 Honda Civic equipped with electric power steering (EPS) (the
10   "Class Vehicles" or "Vehicles") manufactured by defendant American Honda Motor
11   Company, Inc. ("Honda" or "Defendant").

12   2.    One of the most important safety devices in a car is steering that responds
13   smoothly to the driver's commands.  Most cars sold in the United States have some sort
14   of "power" steering assist, whether that assist be via an actuator or electric motor.

15   3.    The Class Vehicles all have identical electric power steering (EPS) systems
16   designed to help drivers steer the vehicle by reducing steering effort needed to turn the
17   steering wheel, making it easier for the vehicle to turn or maneuver at lower speeds.

18   4.    The Class Vehicles' EPS systems have been plagued by problems from the
19   outset.  They have the propensity to "stick," which requires a momentary increase in
20   steering effort that can result in steering overcorrections that could lead to collisions.

21   5.    The National Highway Traffic Safety Administration (NHTSA) has
22   received scores of complaints and Early Warning Reporting Field Reports about the
23   risk, explaining that "[t]he complaints report that the momentary increase in steering
24   effort (described as 'sticky steering') occurs mostly at highway speeds after driving for
25   a certain amount of time" and that most report that the problem occurs "with low vehicle
26   mileage."

6.      Honda has long known or should have known of the EPS problems from pre-release vehicle testing, consumer complaints, and other sources.  Yet Honda failed to disclose and actively concealed information about the dangerous EPS problems from the public; continues to manufacture, distribute, and sell the Class Vehicles without such disclosure; and refuses to fix the problem.

7.      Plaintiffs bring this action for violation of relevant state consumer protection acts and for breach of implied warranties and other claims on behalf of a nationwide class and state classes of Vehicle lessees and owners.  Plaintiffs seek damages and equitable relief on behalf of themselves and all others similarly situated.

## II.      JURISDICTION AND VENUE

8.      This Court has subject matter jurisdiction over this action under 28 U.S.C. § 1332(d)(2), as amended by the Class Action Fairness Act of 2005, because the amount in controversy exceeds $5,000,000, exclusive of interests and costs, and because this is a class action in which the members of the classes and Defendants are citizens of different states.  This Court also has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367.

9.      Venue is proper in this judicial district under 28 U.S.C. § 1391 because Defendant is a citizen of California with headquarters located in this district.

## III.      PARTIES

**A.      Plaintiffs**

10.      Omar Gonzalez is a California resident living in San Fernando, California.

11.      On or about March 11, 2022, Plaintiff Gonzalez bought a 2022 Honda Civic for approximately $26,000 from Honda of Downtown Los Angeles in Los Angeles, California.

12.      Plaintiff Gonzalez's vehicle regularly experiences steering issues where the steering sticks over to the left-hand side.  Plaintiff Gonzalez started noticing the steering issues when he was driving the vehicle through the canyon because the sticky

1   steering would cause his vehicle to travel in the lane for oncoming traffic.  Plaintiff

2   Gonzalez has turned off the vehicle lane assist and lane departure features, but the

3   steering issues have not been resolved and continue to regularly happen.

4          13.    None of Honda's advertisements or marketing information reviewed by

5   Plaintiff Gonzalez, nor any of the representations received by Plaintiff Gonzalez from

6   Honda and the Honda dealership prior to the purchase, contained any disclosure relating

7   to any problems with the EPS.  Had Honda disclosed that the EPS in his vehicle suffered

8   from a propensity to stick and poses safety risks, Plaintiff Gonzalez would not have

9   purchased the car or would have paid less for the vehicle.

10         14.    Plaintiff Gonzalez has suffered an ascertainable loss as a result of Honda's

11  omissions associated with the EPS, including but not limited to, overpayment and

12  diminished value of his vehicle.

13         15.    Johnathan Nesbitt is a South Carolina resident living in Charleston, South

14  Carolina.

15         16.    On or about March 9, 2022, Plaintiff Nesbitt leased a 2022 Honda Civic

16  from Stokes Honda North in North Charleston, South Carolina. Plaintiff paid

17  approximately $3,000 as a down payment and is paying $520.00 a month to lease the

18  vehicle.

19         17.    Plaintiff Nesbitt's vehicle's steering gets stuck when he is driving. He

20  would describe the steering wheel as feeling sticky. The vehicle is hard to steer even

21  when he is driving straight. Even with the slightest movement of the steering wheel, it

22  just sticks and is hard to move back to center.

23         18.    None of Honda's advertisements or marketing information reviewed by

24  Plaintiff Nesbitt, nor any of the representations received by Plaintiff Nesbitt from Honda

25  and the Honda dealership prior to the purchase, contained any disclosure relating to any

26  problems with the EPS.  Had Honda disclosed that the EPS in his vehicle suffered from

27

28

1  a propensity to stick and poses safety risks, Plaintiff Nesbitt would not have purchased

2  the car or would have paid less for the vehicle.

3        19.    Plaintiff Nesbitt has suffered an ascertainable loss as a result of Honda's

4  omissions associated with the EPS, including but not limited to, overpayment and

5  diminished value of his vehicle.

6  **B.**    **Defendant**

7        20.    Defendant American Honda Motor Co., Inc. is a California corporation

8  with its headquarters in Torrance, Los Angeles County, California.

9        21.    In this Complaint, when reference is made to any act, deed or conduct of

10  Defendant or Honda, the allegation means that Defendant engaged in the act, deed or

11  conduct by or through one or more of its officers, directors, agents, employees, or repre-

12  sentatives who was actively engaged in the management, direction, control, or

13  transaction of the ordinary business and affairs of Defendant.

14        22.    Honda sells cars in part via communications that it authorized its dealers

15  to make about Honda vehicles, including the Defective Vehicles discussed herein.  This

16  includes authorizing Honda dealers to distribute brochures and other marketing and

17  promotional material.  Honda, through its authorized dealers, has and had the

18  opportunity to disclose all material facts relating to the Defective Vehicles.

19        23.    Authorized Honda dealers are Honda's agents, such that an opportunity to

20  receive information from an authorized Honda dealership is an opportunity to receive

21  information directly from Honda itself.  *See Daniel v. Ford Motor Co.*, 806 F.3d 1217,

22  1226 (9th Cir. 2015).  This agency relationship is established by the fact that, among

23  other things: Honda's logo is displayed at authorized dealerships; Honda issues

24  technical bulletins and service instructions to dealerships detailing potential vehicle

25  problems, and also relies on them to push software updates to customers' vehicles;

26  Honda distributes various adverting and promotional material to its dealerships,

27  including brochures, booklets, and pamphlets; and under the terms of its express

28

CLASS ACTION COMPLAINT        - 4 -

warranty, Honda requires its customers to return to its authorized dealerships to perform warranty repairs.

24.     Furthermore, Honda's relationship with its dealerships is governed by a dealership agreement[1] that imposes several reciprocal obligations on both parties. Among other things, it requires:

- that Honda offer to dealers "general and specialized product information and . . . provide field sales personnel to advise and counsel Dealer's sales organization on sales-related subjects such as merchandising, training, and sales management," (Dealership Agreement § 1.2.A), as well as "general and specialized service and parts training courses" (*id.* § 1.2.B);

- that Honda make available to dealers: (1) "sample copies of building layout plans or facility planning recommendations, including sales, service and parts space and the placement, installation and maintenance of recommended signs[;]" as well as, "from time to time," (2) "representatives . . . to counsel and advise Dealer and its personnel in connection with Dealer's planning and equipping the Dealership Premises" (*id.* § 1.3);

- that Honda make available "such sales, service and parts manuals, brochures, special service tools and equipment and other data for Honda Products as American Honda deems necessary for Dealership Operations" (*id.* § 1.4);

- that Honda "agree to maintain a nationwide system of authorized dealerships of Honda Products" and that, "[i]n order that those authorized dealers may be assured of the benefits of comprehensive advertising of Honda Products," Honda agree to "establish and maintain general advertising programs in such

---

[1] A copy of Honda's Automobile Dealer Sales and Service Agreement (Dealership Agreement), filed with the U.S. Securities and Exchange Commission, is attached as Exhibit A hereto.  A true and correct copy is also available at https://www.sec.gov/Archives/edgar/data/1019849/000095012402000556/k66280ex1 0-2_3.txt.

manner and amount as it may deem appropriate and will make sales promotion and campaign materials available" to dealers (*id.* § 1.5);

- that dealers "promote and sell, at retail, Honda Products, and . . . promote and render service, whether or not under warranty, for those products within the Dealer's Primary Market Area" (*id.* § 3.1);

- that dealers "agree[] to establish and maintain an adequate and trained sales and customer relations organization," and "agree[] to establish and maintain a complete service and parts organization, including a qualified service manager and a qualified parts manager and a number of competent service and parts personnel adequate to care for the service obligations to be performed by Dealer under the Agreement" (*id.* § 3.3);

- that dealers "agree[] to acknowledge, investigate and resolve satisfactorily all complaints received from owners of Honda Products in a businesslike manner in order to secure and maintain the goodwill of the public, and to "promptly report[]" to Honda "[a]ny complaint received by Dealer which . . . cannot be readily remedied" (*id.* § 3.4);

- that dealers "will follow all reasonable directives, suggestions and policies of American Honda," and that "[a]ll written directives, suggestions and policies of American Honda contained in any of its bulletins or manuals, which are in effect as of the date of the Agreement or are issued thereafter, will be deemed a part of the Agreement" (*id.* § 3.9);

- that dealers "perform any and all warranty, recall, product improvement or product update service in compliance with instructions and directives issued by American Honda, regardless of where the Honda Product involved was purchased," and that "to protect and maintain the goodwill and reputation of Honda Products and the Honda Trademarks," dealers "agree[] that [they] will not charge any customer for warranty service or any work done in connection

with such warranty, recall, product improvement or update or any other service as to which Dealer is reimbursed by American Honda" (*id.* § 3.12);

- that dealers "understand[] and agree[] that the only warranties that will be applicable to Honda Products will be such written warranty or warranties as may be furnished by American Honda."  The same provision states:  "Except for its express liability under such written warranties, American Honda neither assumes nor authorizes any other person or party to assume for it any other obligation or liability in connection with any Honda Product or component thereof" (*id.* § 4.1);

- that dealers "agree[] that [they] will expressly incorporate any warranty furnished by American Honda with a Honda Automobile as a part of each order form or other contract for the sale of such Honda Automobile by Dealer to any buyer," "agree that [they] will deliver to the buyer of all Honda Products, at the time of delivery of such Honda Products, copies of such applicable warranties as may be furnished by American Honda," and "agree[] to abide by and implement in all other respects American Honda's warranty procedures in effect at the time of Dealer's sale" (*id.* § 4.2);

- that dealers "agree[] to develop and actively utilize programs for the advertisement and promotion of Honda Products and its servicing of such products."  The provision further states:  "Such programs will include the prominent display and use or demonstration of Honda Automobiles. Dealer further agrees to cooperate with all reasonable promotional programs developed by American Honda" (*id.* § 5.1);

- that dealers "agree[] that [they] will not advertise, promote or trade in Honda Products or the servicing thereof in such a manner as to injure or be detrimental to the goodwill and reputation of American Honda and the Honda Trademarks."  The provision further states:  "Dealer further agrees that it will

not publish or otherwise disseminate any advertisement or announcement or use any form or media of advertising which is objectionable to American Honda. Dealer agrees to discontinue immediately any advertisement or form of advertising deemed objectionable upon request of American Honda" (*id.* § 5.2);

- that dealers, "[s]ubject to applicable federal, state or local ordinances, regulations and statutes, . . . agree[] to erect and maintain, at the Dealership Location, at Dealer's expense, authorized product and service signs of types required by American Honda, as well as such other authorized signs as are necessary to advertise the Dealership Operations effectively and as are required by American Honda" (*id.* § 5.3);

- that dealers "agree[] that American Honda has the exclusive right to and to control the use of the Honda Trademarks and but for the right and license granted by Paragraph 6.2 hereof to use and display the Honda Trademarks, Dealer would have no right to use the same" (*id.* § 6.1);

- that dealers are "granted the nonexclusive right and license to use and display the Honda Trademarks at the Dealership Premises."  The provision further states: "Such use or display is limited to that which is necessary in connection with the sale, offering for sale and servicing of Honda Products at retail at the Dealership Location. Dealer agrees that it will promptly discontinue the use of any of the Honda Trademarks or change the manner in which any of the Honda Trademarks is used when requested to do so by American Honda" (*id.* § 6.2);

- that dealers "agree[] to keep complete and current records regarding the sale and servicing of Honda Products and to prepare for American Honda such reports, based on those records, as American Honda may reasonably request."  The provision further states:  "In order that policies and procedures relating to

the applications for reimbursement for warranty and other applicable work and for other credits or reimbursements may be applied uniformly to all authorized dealers, Dealer agrees to prepare, keep current and retain records in support of requests for reimbursement or credit in accordance with policies and procedures designated by American Honda" (*id.* § 7.3);

- that dealers "agree[] to permit, during reasonable business hours, American Honda, or its designee, to examine, audit, reproduce and take copies of all reports, accounts and records pertaining to the sale, servicing and inventorying of Honda Products, including, but not limited to, records in support of claims for reimbursement or credit from American Honda, and with the prior approval of Dealer, which approval will not be unreasonably withheld, to interview Dealer employees with respect thereto" (*id.* § 7.4);

- that the Dealership Agreement is terminated where a dealer fails "to provide adequate representation, promotion, sales or service, including warranty work" (*id.* § 9.4.N); and that, "not later than the effective date of the termination or expiration of the Agreement," dealers "will, at [their] sole expense, discontinue any and all uses of any Honda Trademarks and any words, symbols and marks which are confusingly similar thereto; will remove all signs bearing any Honda Trademark and will destroy all stationery, repair orders, advertising and solicitation materials, and all other printed matter bearing any Honda Trademark or referring directly or indirectly to American Honda or Honda Products in any way which might make it appear to members of the public that Dealer is still an authorized dealer," including, but not limited to, "discontinuing the use of a Honda Trademark as part of Dealer's business and corporate name." The provision continues: "Dealer will also deliver to American Honda, at American Honda's place of business, or to a person designated by American Honda, or will destroy the same upon request

by American Honda, any and all technical or service literature, advertising and other printed material then in Dealer's possession which relates to Honda Products and which was acquired or obtained by Dealer from American Honda. Dealer will destroy any sign bearing a Honda Trademark which has not been repurchased by American Honda." (*id.* § 10.3).

## IV.    FACTUAL ALLEGATIONS

25.    The Class Vehicles are all equipped with identical EPS systems.  Power steering is a mechanical device equipped on a motor vehicle that helps drivers steer the vehicle by reducing steering effort needed to turn the steering wheel, making it easier for the vehicle to turn or maneuver at lower speeds.  Electric power steering systems use electric motors to provide the steering assist.

26.    Proper steering is obviously a fundamentally important safety feature on any car.  Steering that does not work properly can quickly lead to dangerous accidents.  Simply put, it is dangerous to the driver of the car, its passengers, and others on or near the road if the driver is not in complete control of the car because of a steering issue.

27.    The National Highway Traffic Safety Administration (NHTSA) has reported that the power steering on the Class Vehicles has a propensity to "stick and cause a momentary increase in steering effort that could potentially cause overcorrection and an increased risk of a crash," and that a "momentary increase in steering effort may result in overcorrection or inability to avoid a road hazard.  This could lead to an increased potential for a collision."  *See* Exhibit B.

28.    NHTSA has received scores of complaints and Early Warning Reporting Field Reports about the issue, explaining that "[t]he complaints report that the momentary increase in steering effort (described as 'sticky steering') occurs mostly at highway speeds after driving for a certain amount of time" and that most report that the problem occurs "with low vehicle mileage."

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29.    A survey of consumer complaints submitted to NHTSA demonstrates the breadth of the EPS problem and the dangers and safety risks that it entails.  Numerous "close calls" and at least one accident have resulted.  Here is a sampling:

**NHTSA ID Number:** 11518053
**Incident Date** April 3, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE1F79NH****
**Summary of Complaint**
The cars steering locks, jerking back and forth left to right. When making slight turns at faster speeds it gets stuck making it un sure that it won't turn back to normal position. It will jolt back to the center with continuous jerking. It's a potentially dangerous motion. The drive assist is never on. The car has 12,000 miles started a few thousand ago. It has been inspected by the dealership and a powering steering rack has been ordered. This part is on critical back order till at least July. In hopes this is the correct diagnosis.

**NHTSA ID Number:** 11518113
**Incident Date** April 20, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F51NH****
**Summary of Complaint**
While operating the vehicle, the steering wheel sticks or hangs. This happens at all speeds at all times and the issue makes it difficult to drive and very uncomfortable at high speeds. Called Teams Honda dealership and they said they are aware of the issue and no recall has been issued at this time. So basically... just drive it.

**NHTSA ID Number:** 11518044
**Incident Date** August 1, 2022
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F52NH****
**Summary of Complaint**
Steering wheel has a sticking feeling, more noticeable at higher speeds. Seems to require more force to make small corrections, which results in over correction.

**NHTSA ID Number:** 11517840
**Incident Date** April 10, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F52NH****
**Summary of Complaint**
Steering wheel is sticking when moving steering wheel/driving. Steering wheel locks while driving.

**NHTSA ID Number:** 11517568
**Incident Date** April 17, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F55NH****
**Summary of Complaint**
have had my 22 sport for almost a year, just about 18k miles, i noticed about a month ago at higher speeds the steering gets strange. when driving straight and making the little left to right adjustments it feels likes it grabbing and i almost have to fight it to get that small adjustment, best comparison is when u try to change lanes without a blinker and the car tries to keep u in the lane, at first it was only randomly on the highway now it seems to be with all higher speeds, it doesn't do this at lower speeds. i have turned all assistance off and it doesn't help.

**NHTSA ID Number:** 11517429
**Incident Date** March 24, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F59NH****
**Summary of Complaint**
While traveling home on a paved county road, I was approaching an intersection where the current road I was on makes a right hand, 90 degree, turn and comes to a stop sign where the road adjoins another highway. Approximately 350 ft prior to where the road turns right and comes to the stop sign, I turned off my cruise control in preparation of slowing down and navigating the right had turn. At this time, I noticed that I was unable to move my steering wheel in either left or right direction. The steering seemed very stiff or sticky. I focused my attention inside the vehicle, looking for any lights or indications as to what was taking place in an attempt to regain control of the vehicle. I was unable to regain control of the vehicle and the vehicle continued straight, unable to navigate the right turn. While exiting the road, I contacted a right turn arrow sign and proceeded through the grass and down a slight hill. Although the steering was very stiff, I was able to navigate the vehicle slightly right. I came in contact with an embankment at the bottom of the slight hill. This embankment leads up to the highway that I would have been stopping at if I had been able to make the right turn and come to the stop sign. My momentum carried me up the embankment and across the highway. The vehicle finally came to a stop in the ditch on the opposite side of the highway that I had crossed. I'm simply reporting this incident to the NHTSA because I feel there needs to be a sense of awareness brought to this issue. Since my accident, I have read cases of this same occurrence on the '22 and '23 Honda Civics. I suffered injuries in this accident and my car was considered a total loss by my insurance.

**NHTSA ID Number:** 11517180
**Incident Date** April 14, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F59NH****
**Summary of Complaint**

The steering starts sticking after about 15 or 20 miles at highway speeds it gradually gets worse and worse the car just hit 11,000 miles on the odometer I have taken it back into the dealer they said they cannot find anything wrong I am taking it back in tomorrow to drop it off

**NHTSA ID Number:** 11517085
**Incident Date** April 14, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F57NH****
**Summary of Complaint**
It feels like a EPS malfunction. Will take more effort than usual to steer. For lack of better words it feels like "sticky steering". Started to feel this at 10,000 miles approx. As soon as you catch some speed, you can start feeling the malfunction.

**NHTSA ID Number:** 11517160
**Incident Date** April 14, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 19XFL1H83NE****
**Summary of Complaint**
I've been experiencing steering wheel issues for some time now. I've had to go to the honda service center multiple times and they could not figure out what the issue was. They had told me that it was because my lane assist was ON but I had it off and I never use my lane assist feature. My steering wheel felt stiff while I was on the highway and felt resistance when turning my steering wheel and this would only happen while I was on the highway and not when I was driving local. I've gone to the service center 3 times within 2 weeks because they could not fix the issue so I had to keep going back. If the steering wheel is stiff or "locked", it would not only endanger me, the driver but other people driving on the highway.

**NHTSA ID Number:** 11516994
**Incident Date** March 1, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F57NH****
**Summary of Complaint**
Steering get stuck while driving. Took it to Honda and found the rack is bad. Honda has had my car for a month and said the part will not be available until July.

**NHTSA ID Number:** 11516656
**Incident Date** December 1, 2022
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F53NH****
**Summary of Complaint**
Steering wheel is sticking and on highway or freeway it causes the vehicle to be hard to steer. I have already been to dealership twice about it. This is an unsafe issue even with me being an experienced driver. Please help as I want to avoid any incidents.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NHTSA ID Number:** 11516806
**Incident Date** June 1, 2022
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F5XNH****
**Summary of Complaint**
* At times the steering wheel locks up and won't allow you to make adjustments
in either direction while you are driving. The steering seems to freeze up. The
steering then all of a sudden seems to release in response to you trying to correct
the direction of the car. This causes the car to then jerk while it feels like the
steering releases. It also feels as though you are fighting with the steering to keep
car going correct direction. Very annoying and concerned about my safety. It is
available for inspection and has been inspected by Pensacola, FL Honda. The first
time was in 2022 and they found nothing wrong - despite my concerns and I feel
the problem obvious. Problem persisted. Had others drive as I thought I was being
crazy. In 2023 I returned to same dealership was told known problem. Electronic
power steering rack. Part on back order until July 2023. In military and have to
drive this car over 1000 miles end of May 2023. Getting run around from same
Honda dealership and American Honda Motor Co. I am concerned for my safety
with the drive I must make. Dealerships are independent and don't work together.
American Honda Motor Co. independent of dealerships. Have to have part
ordered with order number for try and get help from American Honda Motor Co.
Was told to have part ordered by Honda dealership in Omaha, NE by American
Honda Motor Co. Need part before drive of 1000 miles made. I have done this
and now I wait. Concerned about my safety and others when I drive this vehicle.
I have no other vehicle to drive. I saw NHTSA on 3/25/23 investigating what I
feel is this problem. Risk associated with problem "which increases the risk of a
crash and injury." Very frustrating such a rich company with net worth of $45
billion dollars worries about profit over safety. *No warning lamps or messages
have ever appeared.

**NHTSA ID Number:** 11516609
**Incident Date** April 11, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F29NH****
**Summary of Complaint**
There are two issues that I want to report: 1. While using the adaptive cruise
control on the freeway, I was cruising at about 65 MPH and my adaptive cruise
control turned off by itself. My car began to decelerate with vehicles approaching
my rear bumper rather quickly. I was not able to reengage the adaptive cruise
control at all. 2. While driving on the freeway, I noticed my steering was not
steady or stable. I would steer just a little bit to maintain my lane and the steering
did not respond so I pushed the steering wheel a little more and the steering was
sticky. So I pushed harder and the steering did move but it moved more than just
enough to maintain my lane so I was weaving in my lane as I tried to make the
corrections.

CLASS ACTION COMPLAINT

- 14 -

**NHTSA ID Number:** 11516409
**Incident Date** April 10, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F29NH****
**Summary of Complaint**
While driving straight or even turning my steering wheel feels sticky and has a clicking noise and also while making a u turn or a night turn the steering wheel gets stuck at a spot and have to jerk it back to regular. I've had many close accident incidents where the steering wheel caused an issue and it is starting to be a daily issue.

**NHTSA ID Number:** 11516120
**Incident Date** April 8, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F53NH****
**Summary of Complaint**
I've seen on forums many people complaining 11th gen civic having what's being called as "sticky steering". For a few months now my steering has felt weird. Lots of times when driving my steering feels sticky or stuck. Minor adjustments I want to make is troublesome. The steering wheel feels sorta stuck in place and I have to yank a little hard to correct it. There's is also a clicking noise when making these adjustments. The steering wheel makes like a clicking sound when doing these adjustments. My car sometimes has smooth steering with effortless adjusting but usually it feels stuck and sticky.

**NHTSA ID Number:** 11516077
**Incident Date** April 7, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F51NH****
**Summary of Complaint**
When I am driving above 30-40 MPH and I am turning, it would be easy to steer one way and then when I steer back straight, the steering wheel would feel like its stuck and difficult for me to steer back straight. When I am steering back straight, it feel like the car jerks and the steering gets stiffer than usual.

**NHTSA ID Number:** 11515898
**Incident Date** February 1, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F59NH****
**Summary of Complaint**
On multiple occasions, at higher rates of speed, namely on interstates - with speeds around 65 mph and above, I felt as if I was fighting for control of the steering wheel. Example, when attempting to transition to the next lane over, I would attempt to easily shift the steering wheel in the direction of the lane that I'm intending to change into and I felt the steering wheel fighting me for control. This happened on multiple occasions. It often led to an over-correction on my end, as it caused panic. Then, when driving, again at a high speed on the interstate,

when attempting to guide the car through general directional lane shifts, again, I felt the car retaining grip if the wheel and what felt like fighting me for control of the steering. It became so bad and concerning, that I would no longer take it onto the interstate. When traveling at much lower speeds on community roadways, when engaging tight right turns, a clicking sensation was felt within the tightest portion of the turn. I did leave it with the dealership for a few days and was told they were unable to replicate the issue. I noticed though, that the mileage in and out on the paperwork was identical, so I'm not even sure if they did indeed perform any type of testing, namely road/testing. Without the concern being addressed seriously, I had no choice other than to trade it in.

**NHTSA ID Number:** 11515806
**Incident Date** December 15, 2022
**Consumer Location** Unknown
**Vehicle Identification Number** 19XFL1H74NE****
**Summary of Complaint**
Shortly after getting the Civic in 4/22, I had two terrifying experiences with the steering. On the first I had to brake to let a car turn left and as I tried to enter the right lane to go around, the steering wheel locked. The second was on a twisty, curved entrance to a highway. Again, the wheel seemed to jam, and I had to yank it to avoid going on to the other side, this resulted in no grip on the road and I zig-zagged for a bit before being able to right the car. This continued to happen; but foolishly I adapted and learned not to trust the car. It was constantly dangerous to drive: the steering always unpredictable. In 10/22, the flashers were left on, and the battery discharged. All of the warning lights went on and the AAA person told me they would clear with driving. They didn't. In 12/22, I brought the car to the dealership, believing they could best fix the warning lights. The dealership told me that the rack and pinion was bent and that this was the reason the warning lights were on. When I asked how an 8-month-old car with 1600 miles could have this, I was repeatedly blamed. First, they told me I must have hit a pothole. I did not. Then they told me the car had impact accidents. It did not. I told them these things did not happen. But they told me to put in an insurance claim. I refused to do this and paid them to fix it since I was now clear that the problems with the steering weren't just something to adapt to, but something very dangerous. Despite my repeatedly asking for photos of the rack and pinion, the dealership refused to provide them. An added insult, they returned the car with a new knocking sound. I took it to my own repair person, and he had to tighten the bolts that they left loose. The mechanic told me that there was no way I could have damaged the rack and pinion unit and there was clearly something wrong with the manufacture of the car. All attempts to receive assistance from corporate Honda were frustrating and futile.

**NHTSA ID Number:** 11515838
**Incident Date** April 6, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE1F97NH****
**Summary of Complaint**

Steering feels like it sticks when making micro adjustments on highway speed and when it finally budges, it over-exaggerates the adjustment and you end up wandering in your lane or going out of the lane, causing you to swerve out of the lane. Been taken to the dealer 2 times in less than a month and was told they've had multiple complaints from other owners about the same problem and have felt it themselves on other '22 Civics but since it does not generate an error code when they run a diagnostics, they cannot do anything about it nor can they replace anything.

**NHTSA ID Number:** 11515881
**Incident Date** April 3, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F53NH****
**Summary of Complaint**
While driving my car at speeds above 30mph, the steering wheel starts to 'stick'. It feels like if I don't make any movements with the wheel for more than 1 second, it kind of 'locks' into place, so when I try to move it, I have to put a little more pressure than normal on the wheel to get it to turn. This is dangerous because sometimes when I'm trying to make small, tiny adjustments to slightly turn, the steering wheel won't move until I put more pressure than normal on it. Sometimes this causes me to over-compensate the small movement I want to make, and sometimes it takes longer to turn the wheel than I expect, thus delaying the movement. This is dangerous for both me and other drivers around me. I have not taken the car to the dealer yet because I just got the car 5 days ago and haven't had a chance. However, I looked the problem up online and have seen a large number of people posting about this, with an article stating that the NHTSA was already 'investigating' this problem. I just wanted to document that I am experiencing the same issue.

**NHTSA ID Number:** 11515759
**Incident Date** March 24, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F55NH****
**Summary of Complaint**
Multiple incidents where steering feels sticky while driving greater than 20mph causing abrupt forceful action to bring back to straight line driving.

**NHTSA ID Number:** 11515847
**Incident Date** April 6, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F5XPH****
**Summary of Complaint**
Steering at speeds of 30 mph and higher seem to stick in position and is harder than normal to turn wheel

**NHTSA ID Number:** 11515887
**Incident Date** April 6, 2023

**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F55NH****
**Summary of Complaint**
Steering feels sticky and I have to break it free while cruising on highway.

**NHTSA ID Number:** 11515376
**Incident Date** August 17, 2022
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F52NH****
**Summary of Complaint**
Steering become sticky, and becomes very hard to do minor adjustments on the highway

**NHTSA ID Number:** 11515178
**Incident Date** March 30, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** JHMFE1F77NX****
**Summary of Complaint**
The vehicle steering wheel locked up and several error warnings were displayed on the dashboard. We had to have the vehicle towed to the dealership.

**NHTSA ID Number:** 11515302
**Incident Date** December 26, 2022
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE1F97NH****
**Summary of Complaint**
The steering is sticky meaning it feels like the power steering is not working and it makes the steering more difficult and harder to control. When the speed increases on the highway the issue is even more noticeable. No warnings pop up and no other issues/symptoms happen prior to. Another issue we are experiencing is electrical. During frigid temperatures when starting the car every car warning pops up and shows no safety and vehicle systems are working, this issue happened every time the temperature was lower than 15 degrees and now I notice a delay in my LED screen popping up when starting my car so the screen stays blank for the first few minutes of driving my car. Not sure if these 2 issues are related but it is definitely worth mentioning because I'm afraid an electrical issue or steering issue will be the cause of an accident.

**NHTSA ID Number:** 11515070
**Incident Date** March 24, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F53NH****
**Summary of Complaint**
When I am driving my steering wheel is sticky, wonders left and right and I keep having to correct the steering it feels like the steering where clicks back and forth with no sound it does not drive safe and it is hard to turn the steering wheel. Yesterday I was driving on the freeway and out of no where the brake light on

CLASS ACTION COMPLAINT                      - 18 -

the dash popped up 3 times and the car started to pull. When I turn on the lane assist a different time the brake like on the dash came on and it pulled to the right hard. This is very scary and unsafe! I just bought this car and the steering wheel issues needs fixing very scary and unsafe to drive there needs to be a recall.

**NHTSA ID Number:** 11514908
**Incident Date** March 30, 2023
**Consumer Location** WEST CAPE MAY, NJ
**Vehicle Identification Number** 2HGFE2F55NH****
**Summary of Complaint**
A few months after purchase, I was backing out of a parking area into the highway, and the steering froze. I forced the wheel to turn and attributed the incident to having inadvertently turned on a safety feature. I began noticing, then, that the steering seemed to "almost stick" when I drove more than 40-45 mph. I do not lose complete steering control, but steering seems stilted, especially when highway driving. The vehicle has been driven fewer than 6000 miles. I heard on an ABC newscast that incidents such as those I had been experiencing were being investigated. I telephoned the local Honda dealer and was told that the dealership was unaware of any such investigation, but would inspect the car to determine if the safety features were working properly. Before taking the vehicle to the inspection appointment, I researched the news article and found it to be accurate. The dealership noted that they were not aware of any other reports having been made of these experiences. The "head mechanic" drove the car and said all was well as, in comparison to other Civics, the steering felt as it should. It was suggested that I might not be familiar with the electric power steering that the vehicle features.There have been no warning messages. Although there have been no direct instances of near safety risks, I am apprehensive when driving at highway speeds and am filing this report for documentation of my concerns.

**NHTSA ID Number:** 11514882
**Incident Date** September 1, 2022
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F24NH****
**Summary of Complaint**
Feeling stickiness of steering while driving with 60mi/hour speed even sometime it's back with less speed. Also, at highway speed car started pulled over towards any side and makes more effort to control the car. This problem almost 5 months before and Honda USA and their dealer have informed multiple times but no solution yet taken.

**NHTSA ID Number:** 11514796
**Incident Date** November 30, 2022
**Consumer Location** Unknown
**Vehicle Identification Number** 19XFL2H51NE****
**Summary of Complaint**
The contact owns a 2022 Honda Civic. The contact stated while driving at various speeds and making a turn or switching to another lane, the steering wheel was

CLASS ACTION COMPLAINT                    - 19 -

temporarily slightly resistant. There was no warning light illuminated. The contact stated that the failure mostly occurred while driving at high speeds. The dealer was notified of the failure and informed the contact that they had received similar complaints. The vehicle was then taken to a second dealer, Ohio Valley Honda (532 N 3rd St, Steubenville, OH 43952) where the mechanic test drove the vehicle and noticed the failure. The vehicle was not diagnosed nor repaired. The manufacturer was not notified of the failure. The failure mileage was approximately 11,000.

**NHTSA ID Number:** 11514666
**Incident Date** February 15, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F58NH****
**Summary of Complaint**
The contact owns a 2022 Honda Civic. The contact stated that while driving at approximately 70 MPH, the steering wheel became firm. The contact stated that no warning lights were illuminated. The vehicle was not diagnosed or repaired. The manufacturer was not notified of the failure. The failure mileage was approximately 400.

**NHTSA ID Number:** 11514347
**Incident Date** November 16, 2022
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE1F92NH****
**Summary of Complaint**
After driving for 30 to 45 minutes the steering becomes sticky and won't got straight veering left or right slightly. The wheel often gets stuck veering left and needs extra force to bring it back often causing an over correction. Started at 22000 miles. This happened during winter months but the last two weeks during spring I've noticed it less so it may be related to colder temps. Also gets stuck in curves wanting continue turning by itself rather than straightening itself. On a couple occasions when the lane keep assist is activated it veers strongly to the opposite direction also need extra force to bring the wheel back to center.

**NHTSA ID Number:** 11514409
**Incident Date** March 29, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F55NH****
**Summary of Complaint**
The steering seems to get suck at any speed over 50 mph. I have to jerk the steering wheel to unstick it to keep my car in the lane. This is even with all of the lake keep assist off and no drivers aids being used. I am unable to drive my car on the freeway or anywhere over 50 mph. It almost caused me to crash on three separate occasions.

**NHTSA ID Number:** 11514488
**Incident Date** February 1, 2023

**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F52NH****
**Summary of Complaint**
While driving for a few months now at 5K miles the car is having steering control issues. Where the steering is sticky while driving shifting from side to side and locking in a steady state while driving around a bend. There are no safety warnings present on the dashboard. Because of this vehicle issue, I feel unsafe driving my vehicle. I have taken it to a dealership to look at and investigate. They've told me the power steering rack needs a replacement. The power steering rack is currently on back order until July. I am hoping for a loaner vehicle, because I do not feel safe driving my vehicle with this problem still occurring. This could cause a possible accident that I would hope could be prevented.

**NHTSA ID Number:** 11514391
**Incident Date** March 15, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F57NH****
**Summary of Complaint**
While driving at highway speeds the vehicle wonders to either side and when trying to adjust the steering wheel sticks to that position making it hard to keep the car stray in the line. When it happens the cars feels loose and unsafe to drive since I have to constantly adjust the steering wheel and literally fight against the car to keep it stray.

**NHTSA ID Number:** 11514490
**Incident Date** January 1, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F53NH****
**Summary of Complaint**
Steering is sticking when driving for long distances or on highway. Trying to make small steering adjustments is hard and the steering jumps around and has a jittery feeling.

**NHTSA ID Number:** 11514117
**Incident Date** March 17, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE1F96NH****
**Summary of Complaint**
When attempting to keep centered in a lane, regardless of Honda's Lane Keep Assist System turned off or on; there is a pronounced notch or skip in the steering that is noticed when driving longer periods of time. It has happened while driving around town at city speeds also, so the issue is not limited to any specific speed. When steering on curved roads, it is not smooth and effortless and I must fight the steering wheel which ultimately causes an annoying over correction. If another vehicle decides to drive along side me while keeping centered on a curved road, trying to keep centered in my lane can be challenging due the nature of the steering defect not allowing me to do so smoothly. This defect causes unnecessary

over correction and can lead to a car collision. I have taken my vehicle to the local dealership, but they have not been able to reproduce it and have told me to keep a close eye on it. "When the issue comes up again, please do bring it back. Because there aren't any warning codes, we cannot just order a steering rack for you. We must prove to Honda that the repair is necessary under warranty."

**NHTSA ID Number:** 11514145
**Incident Date** March 1, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F52NH****
**Summary of Complaint**
Stiff steering, Having the issue with my 11th gen civic sport. Car wanders as stated above, when I move the wheel slightly in either direction it will stay in that direction and not return to the center without my help. The wheel also sticks to the center and requires a tad bit more force to move occasionally.

**NHTSA ID Number:** 11514259
**Incident Date** March 26, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE1F71NH****
**Summary of Complaint**
My Honda civic steering wheel at around 14,000 miles began to be "sticky" after driving about 30 minutes when performing minor steering corrections. While driving at any speed, the steering wheel has a slight resistance to minor corrections which causes me to need to slightly jerk the steering to go the way I need it to go. This then causes the car to turn to far and the need for correction which also is a slight adjustment and the cycle continues. The dealer wasn't able to see the issue but it is a great pain and possible safety issue while going at highway speeds. There are no warning lights or error codes associated.

**NHTSA ID Number:** 11514286
**Incident Date** March 24, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE1F94NH****
**Summary of Complaint**
The steering system developed a "notchy"-ness to it. The steering required above normal pressure to correct the direction and then "jumped" a little too far which required the same process to correct it. Almost like the car could only correct in 2 degree increments to try and keep it heading straight. Each correction was slightly too much though and required another correction in the opposite direction. This was at highway speeds of 70 MPH. The lane assist was turned off as it was thought that affected it but it didn't. After parking the car at our destination the steering was fine on the way home only to randomly start happening again. I have not had it checked at a dealer yet but will bring it in. Car has about 9900 miles. My wife looked at me and didn't understand why I couldn't keep the car simply headed straight. Have hundreds of thousands of miles of experience - its a steering malfunction.

**NHTSA ID Number:** 11514134
**Incident Date** October 10, 2022
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F55NH****
**Summary of Complaint**
Steering becomes "sticky" after driving 15-20 min+ and is worse at highway speeds. Difficulty is maneuvering and keeping vehicle in lane.

**NHTSA ID Number:** 11514264
**Incident Date** February 1, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F55NH****
**Summary of Complaint**
The steering wheel sticks and then when your steer harder in the direction you're trying to go the steering wheel frees up. It does it both going left and right.

**NHTSA ID Number:** 11514092
**Incident Date** November 22, 2022
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE1F94NH****
**Summary of Complaint**
My steering wheel from what I can tell when it's less than 40 degrees at speeds around 30mph and up gets to be very notchy or like there is a resistance point when I am driving on straight roads. It is not a huge issue that makes it anywhere near not being able to drive, but it gets to be very annoying as since there is a resistance point to push past when I make minor steering adjustments it causes me to oversteer which ends up causing me to have to constantly be adjusting the wheel just so i can try to stay going straight. It is especially difficult to stay in the middle of the lane when it is windy, or just in general bad weather. This may be unrelated but when turning with the steering wheel all the way either way it makes a groaning noise. I took it to my Honda dealership and they claim to not be able to replicate it. They are the only ones who i have brought it to to have it checked. They're are no warning lights.

**NHTSA ID Number:** 11513873
**Incident Date** March 9, 2023
**Consumer Location** ARLINGTON, TX
**Vehicle Identification Number** 2HGFE2F58NH****
**Summary of Complaint**
Since owning car, steering sticks sometimes as though the "auto-steer" is engaged but it holds the wheel in one position. More effort than normal is required to turn wheel. Feels like it is sticking. Happens almost always at highway speeds.

**NHTSA ID Number:** 11513876
**Incident Date** March 1, 2023
**Consumer Location** Unknown

**Vehicle Identification Number** 2HGFE2F58NH****
**Summary of Complaint**
Sticky/not by steering at highway speeds. You literally cannot keep the car in a straight line because you are constantly over correcting due to the excessive force applied to the steering wheel. I will never own another Honda because of this issue. My 2004 cord ranger steers better than this car

**NHTSA ID Number:** 11513813
**Incident Date** November 7, 2022
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F56NH****
**Summary of Complaint**
minor left to right adjustments at all speeds are sticky. this makes steering unsafe and there are a ton of people on forum's experiencing this issue as well.

**NHTSA ID Number:** 11513766
**Incident Date** November 1, 2022
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F5XNH****
**Summary of Complaint**
I noticed that when I would drive the vehicle on the highway there was something strange with the steering wheel. I felt that the car would not keep on a straight path, but would slightly start moving to the side and that I had to slightly adjust the steering to keep it driving straight. I would also feel a minimal stickiness of the steering wheel. When driving at slow speeds, I would hear a click on the front of the car every time I would turn the steering wheel. Also, there were random times when I would reverse from a parking space and I would feel another click on the back of the car. There were other times when I would park and the park brake would automatically engage. This issue started happening around November of 2022, about six months after purchasing the new vehicle. i just thought that this was normal, until I began noticing the increase of the issue with the unusual steering problems while on highway speed. The issue has been confirmed by the dealer when I took it for service on 03/08/2023. They kept the vehicle and informed me that I could not drive it until it is repaired. No warning lights turned on to indicate that there was a problem. I'm concerned that this is a new vehicle that I cannot drive, and the manufacturer has not indicated an time when the vehicle will be fixed. The dealer said that in May 2023 some parts may be released for repairs of this issue, but that they cannot guarantee that my vehicle will be repaired by then.

**NHTSA ID Number:** 11513788
**Incident Date** March 24, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F55NH****
**Summary of Complaint**
I recently purchased a 2022 Honda Civic Sedan Sport on 3/24/22. It was a one owner vehicle with 34K miles. Upon my test drive I noticed the steering wheel

was "sticking" and over-correcting. I mentioned this to the salesman that was along for the ride, we both said "the lane keep assist needs to be turned off". I have owned several Honda's, all with this feature so I know it can be disabled. Once I purchased the car and was driving home, I noticed it getting much worse at higher speed on the interstate. It was maddening! Going straight, without lane departure there is this constant sticking when any type of correction needs to be made. When you correct the path of direction, I have to push much more than I should to do a small correction but it causes the car to swerve! In any kind of turn, no matter how sharp the car does now allow you to "flow" out of the turn. I am forced into a constant "jerking motion" to keep the car in lane and not run off the road! The entire trip home was quite scary, not to mention I looked like I probably needed to be pulled over for DUI! Once I was home, I went through all of the safety, maintenance and settings options to disable ANY kind of Lane Departure Mitigation, Driver Assist or anything else (that's supposed to make the car safer to drive by the way) and it made no difference! I drove it again today 3/25/22 and had to get off the interstate because of this, as it is highly unsafe. I have contacted the dealership, I will be taking the car in on Mon 3/27/22 but after reading many forums on the internet, this is unfortunately a common issue of great concern, that has not been resolved as far as I can tell. There are no warning messages. From what I have read, when other vehicles have been taken to the dealership they are sent away with no corrections, as there are no CODES being given for correction. This is extremely unsafe, not for only the driver but passengers and other surrounding vehicles!

**NHTSA ID Number:** 11513724
**Incident Date** April 22, 2022
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F50NH****
**Summary of Complaint**
The steering stiffens up (once the engine warms up) while driving and gives unnecessary resistance on initial attempt to turn the steering wheel in any direction (especially at highway speeds). It becomes very tedious on a long drive. I took the car to a dealership and they made a few changes to the settings but it did not fix the problem. They said they would need the car for several days and drive it under various conditions. They claim they had never heard of this problem before. I have a feeling they are going to tell me it's an intermittent problem and not a big enough issue to consider further action. (I've been through that with other vehicles I've owned) I would have to rent a car in order to leave my Civic with them.

**NHTSA ID Number:** 11513561
**Incident Date** March 24, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE1F99NH****
**Summary of Complaint**
Steering is "sticky" making it difficult to make minor adjustments while driving. Each time any move is made with the steering wheel it is like it has to "break

free" from being stuck. This happens almost all the time over 40-45 mph, regardless of the driving mode (sensing on or off). With the lane departure system off it difficult to stay in a lane when minor corrections to steering are needed, in traffic it becomes dangerous and very scary when the car wants to drift into to passing traffic and the driver has to continually fight the steering wheel. This makes for a stressful driving experience. We recently bought the car used (Honda Certified), it has 36,700 miles. We took the car to the dealership soon after purchase with concerns about the steering & safety and they said there is nothing wrong with it. We have since taken it on a long road trip, highway driving becomes stressful with countless close calls with traffic in other lanes. The car is available for inspection upon request. We sincerely hope you can help us.

**NHTSA ID Number:** 11513560
**Incident Date** March 22, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 19XFL2H80NE****
**Summary of Complaint**
The steering in this vehicle sticks at certain speeds and at times causes over correcting. Only when lane keep assist is activated it seems to mitigate the issue slightly. The vehicle was purchased new with no known issues. This issue has me concerned for safety.

**NHTSA ID Number:** 11513663
**Incident Date** October 8, 2021
**Consumer Location** RACELAND, LA
**Vehicle Identification Number** 2HGFE2F52NH****
**Summary of Complaint**
The steering wheel gets stuck or locked.

**NHTSA ID Number:** 11513702
**Incident Date** February 28, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 19XFL1H80NE****
**Summary of Complaint**
Mostly at higher speeds(55-60), noticed the steering wheel no longer being smooth, and now sticky. Not being able to smoothly move within the lane jerks the car. Im assuming it looks like I'm drunk from behind. At lower speeds it's much better but still not as smooth as it was as before this started.

**NHTSA ID Number:** 11513534
**Incident Date** March 24, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F28NH****
**Summary of Complaint**
Steering wheel "sticks" when trying to maintain a straight driving path on highways speeds 55+ mph. When trying to do smaller micro adjustments, the steering wheel feels like it is sticking or clicking as opposed to a smooth

CLASS ACTION COMPLAINT — 26 —

operation. Vehicle currently has 9,500 miles on it. I am concerned that this issue could get worse if not addressed. No known issues from Honda and vehicle just passed Pennsylvania safety inspection 3/2023 with no issues.

**NHTSA ID Number:** 11513565
**Incident Date** March 22, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE1F90NH****
**Summary of Complaint**
At highway speeds the steering is "sticky" as though the power steering has become disabled requiring extra effort to control the car. It becomes very tiring to drive it.

**NHTSA ID Number:** 11513348
**Incident Date** March 21, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** JHMFL5G47PX****
**Summary of Complaint**
Steering feels weird and has over corrected. Sometimes sticky and wandering. Car has 25 miles on it. Odd steering feedback . I am very concerned about the safety of a car I just paid 60K for.

**NHTSA ID Number:** 11513334
**Incident Date** July 1, 2022
**Consumer Location** Unknown
**Vehicle Identification Number** 19XFL1H74NE****
**Summary of Complaint**
Steering gets "sticky" or "stuck" in a certain position when driving at highway speeds. Very noticeable on curves like on/off ramps where driver has to use extra force to "unstick" the steering wheel. No warning lights or indicators, problem began occuring around 3k miles and seems to be getting worse around 15K miles.

**NHTSA ID Number:** 11513352
**Incident Date** July 1, 2022
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F57NH****
**Summary of Complaint**
Steering wheel sticks at highway speeds, power steering does not return wheel 100%. Must continuously slightly jerk the wheel to keep straight in lane. This is unsafe as I must continuously swerve in between lane, and steering response may not be fast/accurate enough when needed. Many other 11th generation civics with issue, no inspection done, no warning lights/symptoms. Vehicle has near 30,000 miles and issue has persisted since between 10,000 and 20,000 miles.

**NHTSA ID Number:** 11513379
**Incident Date** September 1, 2022
**Consumer Location** Unknown

**Vehicle Identification Number** 2HGFE2F59NH****
**Summary of Complaint**
When driving, especially highway, the steering wheel tends to "stick" and a bit of extra pressure is needed to maintain the car straight. It is almost continuous on the highway, not as noticeable, but still present, at slower speeds

**NHTSA ID Number:** 11513435
**Incident Date** March 10, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE1F94NH****
**Summary of Complaint**
Around mid-March 2023, with around 6,000 miles on the odometer, I noticed that the steering wheel feel becomes stiff, sticky, and jerky - generally at highway speeds after the car has been running for some time. Steering Wheel takes more force than normal to make small steering adjustments, and this leads to larger, uneven, and sometimes unsafe steering adjustments. We have owned this vehicle since new in May 2022 and this problem did NOT exist prior to now. No warning messages have been observed, and this problem exists with the Lane Keep Assist Feature (activated by button on steering wheel) is On or Off. This vehicle is going into a dealership to be tested on 3/24/2023.

**NHTSA ID Number:** 11513361
**Incident Date** March 22, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F52NH****
**Summary of Complaint**
I recently heard about the NHTSA investigating the Honda Civic 2022's for steering wheel stickiness and just wanted to add my voice that I experience this with my car. It gets worse the longer you drive in one sitting. Usually it takes 30-45 minutes of freeway driving to start appearing. The steering wheel requires considerable force to move and it wants to move in increments. As the drive goes on the required force increases and a noise can be heard from within the steering column when you force the steering wheel out of its stuck position and turn. This is a safety concern because the steering is unreliable. The required force to turn is variable, and there is a threshold of force required to move the car that would make a defensive driving situation harder to manage. I am making arrangements to bring the car into a dealership now, but I have little faith they will have a solution to the problem, as it requires such a long test drive to even recreate. There were no warnings or messages when the problem occurs. It first appeared around 15k mile mark, and has gotten worse over time.

**NHTSA ID Number:** 11513397
**Incident Date** February 15, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F2XNH****
**Summary of Complaint**

CLASS ACTION COMPLAINT                - 28 -

The steering wheel will have a locking sensation after driving for long periods of time. I took it to the Autonation Honda in Lewisville. They said there is nothing wrong with it. They did not drive it long enough.

**NHTSA ID Number:** 11513490
**Incident Date** October 27, 2022
**Consumer Location** SEWELL, NJ
**Vehicle Identification Number** 2HGFE2F52NH****
**Summary of Complaint**
driving at highway speeds the steering sticks causing a momentary increase in effort to make small adjustments. causing an overreaction in steering. took the car to honda dealer and was told no trouble found . was told it was happening because of the sport suspension.

**NHTSA ID Number:** 11513288
**Incident Date** February 13, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F51NH****
**Summary of Complaint**
Steering feels sticky when driving 40-50mph, goes away for a bit, comes back again

**NHTSA ID Number:** 11513175
**Incident Date** February 26, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 19XFL2H88NE****
**Summary of Complaint**
First noticed the issue on 2/26/23. I was on a longer highway drive, and after about 70 miles I started to notice the steering problem. It became difficult to stay centered in my lane. When attempting to make very slight adjustments either left or right, steering input was met with resistance, almost like the wheel was stuck in a notch. As I pushed through the resistance, the wheel would suddenly snap free, resulting in an over-correction. This issue was constant for the rest of the drive, a little over 200 miles. I was immediately concerned that this made the car unsafe, as the constant sudden steering corrections made it difficult to stay within my lane at highway speeds, especially in heavier traffic. The snap steering that resulted from pushing past the "sticking" point frequently caused the car to veer toward cars in the next lane, despite my effort to compensate for it. My wife and 5 month old child were passengers in the car at the time. This would have been especially dangerous in slippery road conditions, though thankfully roads were dry on that day. The car did not display any warning messages or indicators. I ensured Lane Keeping Assist and Road Departure Mitigation were turned off, to verify that the problem was not related to any safety systems. But the problem persisted with those systems disabled. The issue did not occur during the next few days of normal driving, but it returned a few days later on a longer drive, after about 45 miles of highway driving. At first the problem mainly seemed to occur after prolonged highway driving, but in the last week both my wife and I have

noticed the "sticky" steering more frequently in everyday driving, both at freeway speeds of 60mph and at lower speeds (30-40mph). The car has not been inspected yet. I was wary of scheduling a dealer appointment due to the intermittent nature of the issue, though it's becoming more consistent. But I would gladly make the car available for inspection upon request.

**NHTSA ID Number:** 11513164
**Incident Date** January 26, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 19XFL1H88NE****
**Summary of Complaint**
When driving at highway speeds, not easy to adjust steering. Its like a "sticking" spot when trying to make small adjustments in steering.

**NHTSA ID Number:** 11513223
**Incident Date** March 22, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 19XFL1H8XNE****
**Summary of Complaint**
Power steering is "sticking", causing slight adjustments to the steering to be nearly impossible. This is resulting in having to apply greater pressure to the steering, resulting in over correcting at times. The problem has been ongoing for months and getting worse, causing me to lose confidence in the car.

**NHTSA ID Number:** 11513243
**Incident Date** March 22, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 19XFL2H88NE****
**Summary of Complaint**
I bought the vehicle brand-new from Balise Honda in Warwick, RI. After about 10K miles I started to notice the steering had become stiff. It's not really noticeable at slow speeds on curvy roads where a lot of steering input is required. I mostly drive on the highway and its almost impossible to maintain a straight line in the lane. When making minor corrections to stay straight, so much input on the steering wheel is required that there is an over-correction, causing the car to constantly swerve back and forth. At about 18K miles I brought the car into Balise to have the steering checked. I was told that they could not duplicate the problem when test driven. They seemed to have thoroughly checked the car out but told me it handled normally. The vehicle has 24K miles now and the problem has not improved. My girlfriend refuses to operate the car as she does not feel the steering is safe. There is no way that this vehicle should have such stiff, almost stuck, steering.

**NHTSA ID Number:** 11513313
**Incident Date** July 1, 2022
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F55NH****

**Summary of Complaint**
Steering wheel sticks and sometimes requires more force to move or turn

**NHTSA ID Number:** 11513160
**Incident Date** October 6, 2022
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE1F91NH****
**Summary of Complaint**
At this point no accident has happened. The steering wheel becomes stuck or unable to move at times when making small adjustments while trying to maintain control of the vehicle. It also becomes stuck more so when turning at about a sustained 45 degree turn. The wheel becomes rigid and does not respond to drive input and has caused a reaction with over steering as a result when trying adjust to compensate for the sticking of the steering wheel. The lane keep feature of the cruise control seems to play a factor and after it has been used the problem is substantially worse. I do like to drive the car for fear for my safety. When taken to the dealership, I was told nothing is wrong and that it's part of the vehicles handling. Not being able to control a car is not part of the handling. This issue is persistent at all speeds however it appears to be more noticeable at above 44 mph

**NHTSA ID Number:** 11513212
**Incident Date** October 15, 2022
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F5XNH****
**Summary of Complaint**
I have been experiencing sticky or frozen steering at highway speeds since about October 2022, maybe at about 25000 miles on the odo shown. Today the vehicle is at 34000 miles and I plan to take it to the dealership where I got it to service or trade it in. I am leasing this vehicle. The problem does not happen at lower speeds.

**NHTSA ID Number:** 11513277
**Incident Date** December 1, 2022
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F56NH****
**Summary of Complaint**
Sticky steering wheel when driving on highway speeds.

**NHTSA ID Number:** 11513017
**Incident Date** January 1, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE1F90NH****
**Summary of Complaint**
What component or system failed or malfunctioned, and is it available for inspection upon request? - Steering. The steering has a slight stickiness at both low (<45) and high (65+) speeds. The steering wheel seems to stick and requires a little bit more pressure to move. Once started, the rest of the steering is smooth. How was your safety or the safety of others put at risk? - No Has the problem

been reproduced or confirmed by a dealer or independent service center? - Just confirmed by me. I haven't taken it to the dealer. Has the vehicle or component been inspected by the manufacturer, police, insurance representatives or others? - No Were there any warning lamps, messages or other symptoms of the problem prior to the failure, and when did they first appear? - No

**NHTSA ID Number:** 11513137
**Incident Date** March 1, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 19XFL1H8XNE****
**Summary of Complaint**
Steering seems sticky at some points during highway speeds. Noticeable when driving in a straight line at 50+ mph and have to make a small steering correction. Feels like power steering does not activate until after I've provided a noticeable amount of steering input.

**NHTSA ID Number:** 11513019
**Incident Date** November 7, 2022
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F5XNH****
**Summary of Complaint**
Steering feels sticky when trying to correct the steering wheel I've taking in to the dealer but they say they can't replicate the problem

**NHTSA ID Number:** 11513055
**Incident Date** December 1, 2022
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F52NH****
**Summary of Complaint**
The contact owns a 2022 Honda Civic. The contact stated that while driving at high speeds, the steering wheel seized while maneuvering around curves on the roadway. The vehicle was not diagnosed or repaired by an independent mechanic or dealer. The manufacturer was not made aware of the failure. The failure mileage was approximately 45,000.

**NHTSA ID Number:** 11513110
**Incident Date** February 14, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F52NH****
**Summary of Complaint**
Sticky steering wheel. Driving at highway speed seems to randomly make it hard to control and turn the steering wheel.

**NHTSA ID Number:** 11512955
**Incident Date** September 2, 2022
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F50NH****

**Summary of Complaint**
Steering sticks when going over 45mph.

**NHTSA ID Number:** 11513126
**Incident Date** March 21, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F54NH****
**Summary of Complaint**
I have sticky steering. When I turn it doesn't go back quickly like when you make a turn your steering wheel is suppose to circle back.

**NHTSA ID Number:** 11512968
**Incident Date** February 9, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F51NH****
**Summary of Complaint**
The steering of the vehicle sticks when driving the car on the highways and makes it hard to turn the steering. It takes extra effort from the driver to turn the steering wheel.

**NHTSA ID Number:** 11513128
**Incident Date** March 17, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE1F90NH****
**Summary of Complaint**
The steering becomes sticky on the freeway, seemingly on a recurring basis. It seems to be 30-40% of freeway trips. It feels like a malfunction with power steering.

**NHTSA ID Number:** 11513082
**Incident Date** February 28, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F58NH****
**Summary of Complaint**
Sticky steering wheel. Driving on the freeway it feels like the steering wheel gets locked and it takes extra effort to move the wheel

**NHTSA ID Number:** 11512496
**Incident Date** March 18, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** JHMFE1F77NX****
**Summary of Complaint**
When driving at highway speeds in this car the steering becomes "sticky". You have to correct it to make the wheel go back to the center position which can cause you to over correct and cause a wreck. Car has less then 10k miles and with this issue makes me feel unsafe to drive it. Honda does not want to help at all.

**NHTSA ID Number:** 11512501
**Incident Date** January 10, 2022
**Consumer Location** Unknown
**Vehicle Identification Number** 19XFL2H84NE****
**Summary of Complaint**
I have aligned to my wheels 3 times and I'm still having issues keeping the steering straight it feels like I'm floating around. Also when reversing I hear I load clunking noise coming from the back.

**NHTSA ID Number:** 11511901
**Incident Date** October 1, 2022
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F57NH****
**Summary of Complaint**
Steering wheel seems to be binding at highway speeds. When standing still the steering wheel also cluncks loudly when slightly turning. Making corrections at highway speed becomes extremely dangerous as the steering wheel will unbind and cause the car to over correct.

**NHTSA ID Number:** 11511787
**Incident Date** November 15, 2022
**Consumer Location** Unknown
**Vehicle Identification Number** 19XFL1H72NE****
**Summary of Complaint**
Lack of control when steering once the car warms up. If I turn the wheel to make small corrections it feels like someone is grabbing the wheel and jerking it. Scarier when my kid is in the car with me. It started at about 18k miles. I don't notice it at all when temps are below freezing. I brought it up to the dealership service department and they said they've heard the complaint numerous times, but there is no known fix yet. Please, Honda, address this. This is obviously a major issue with an otherwise good car.

**NHTSA ID Number:** 11511813
**Incident Date** September 25, 2022
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F51NH****
**Summary of Complaint**
While driving my car on the open highway, I noticed that the steering wheel became somewhat sticky and resistant. This started in September of 2022 and the problem has become increasingly worse. The steering wheel requires excessive force to turn at speeds above 40mph, making micro-adjustments to the steering very difficult and causes oversteering. If there is a bend in the road and I turn the steering wheel, it sticks when trying to straighten the wheel out. It requires additional force to break the sticking point and get the car straightened back out. The safety concern is related to the straightening back out, in some cases it takes considerable effort and requires control to not over power into crossing the line of the lane. I also have concerns of a lock up and causing an accident that could

harm me as well as others. Currently, I am not driving my new car due to the fear of an accident. There are zero warnings appears when this happens, so there is no way to prepare for it. I have contacted my local Honda dealership as well as America Honda (corporate office) to complain about this issue. The dealership informed me that the steering rack needs to be replaced. Honda is not able to provide an ETA on the part, nor are they willing to provide a loaner car. Honda told us that we could pick the car back up and continue to drive it until it is repaired. Honda is not concerned about the danger to customers. Migliaccio & Rathod LLP is pulling info together to file a class action lawsuit since this issue is happening to so many Honda Civic owners. It should not take someone dying for Honda to resolve this issue with no expense to the customer. We are currently making payments on a new Honda that my son is scared to drive. https://lemonexpert.com/vehicle-bulletins/2022-honda-civic-steering-system-defects/. https://classlawdc.com/2022/12/08/2022-honda-civic-steering-defect/ https://www.carproblemzoo.com/honda/civic/2022/steering-problems.php

**NHTSA ID Number:** 11511700
**Incident Date** March 13, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F51NH****
**Summary of Complaint**
The steering wheel is sticky when driving on the highway and city streets. Its more noticeable on the highway though. The steering feels like its stuck and takes some pressure to move it even a little.

**NHTSA ID Number:** 11511623
**Incident Date** March 13, 2023
**Consumer Location** IRVINE, CA
**Vehicle Identification Number** 2HGFE2F57NH****
**Summary of Complaint**
What component or system failed or malfunctioned, and is it available for inspection upon request? -- Steering will stick after about 20 minutes of driving. This usually occurs and and is most noticeable at freeway speeds. How was your safety or the safety of others put at risk? -- When it really starts sticking and you have to apply extra force to make minor corrections a small adjustment can turn into a over correction. Has the problem been reproduced or confirmed by a dealer or independent service center? -- The vehicle has been brought in and inspected twice but they claim to have not been able to replicate the issue. Has the vehicle or component been inspected by the manufacturer, police, insurance representatives or others? No. Were there any warning lamps, messages or other symptoms of the problem prior to the failure, and when did they first appear? -- No warnings light indications or symptoms preceded the issue. The issue started within the first 6 months / 12k miles.

**NHTSA ID Number:** 11511400
**Incident Date** August 17, 2022
**Consumer Location** Unknown

**Vehicle Identification Number** 2HGFE2F50NH****
**Summary of Complaint**
Sticky steering. It is hard to keep the steering wheel straight as it sticks while the steering wheel is still. We have had it to the dealer already. It's extremely hard to drive the vehicle as it constantly sticks.

**NHTSA ID Number:** 11511120
**Incident Date** February 1, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F59NH****
**Summary of Complaint**
Steering is sticky and requires force to turn from the 12 o clock position

**NHTSA ID Number:** 11510914
**Incident Date** March 9, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 19XFL1H81NE****
**Summary of Complaint**
Steering stickiness. The steering wheel requires excessive force to turn at speeds above 40mph, making micro-adjustments to the steering very difficult and causes oversteering.

**NHTSA ID Number:** 11510478
**Incident Date** March 6, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 19XFL1H83NE****
**Summary of Complaint**
The steering wheel "sticks" when using moderate to highway speeds. About 35+ mph and above. If there is a bend in the road and I turn the steering wheel, it sticks when trying to straighten the wheel out. It requires additional force to break the sticking point and get the car straightened back out. The safety concern is related to the straightening back out, in some cases it takes considerable effort and requires control to not over power into crossing the line of the lane. I also have concerns of a lock up and causing an accident. There are zero warnings appears when this happens. I've had my wife confirm the issue as well, since initially I thought I might be imagining things. It was occasional before, I fiddled with the lane keep assist and turn all options off, it's only gotten worse in the last 1,000 to 1,500 miles. The car is nearing 22k. I plan to take the car to get inspected this week, but availability has been difficult. Dealerships near me do not appear to do inspections on weekends, only oil changes and standard service. I've called and been declined for an inspection over the weekend. Once the inspection has occurred, I'm happy to share any documents related to this issue.

**NHTSA ID Number:** 11510479
**Incident Date** March 3, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F52NH****

**Summary of Complaint**

I drive approximately 40 miles to work one way, 80 miles round trip. About 15 miles into the drive which is all interstate my steering wheel starts to stick. The feeling gets more pronounced the further I drive and never goes away. While traveling straight with no input to the steering wheel for a few seconds I will apply pressure to the steering wheel to stay centered in the lane and the wheel feels like it's stuck until it finally gives way and now I have to over correct to compensate for the wheel sticking. I live in Minnesota and drive on slippery roads where having to over correct the steering wheel can be a dangerous hazard. I noticed this hazard at 22,000 miles and it has increasingly gotten worse since it's 27,000 miles currently on the vehicle. I contacted my local dealership hoping they would have some knowledge of what's going on but the stated they have not heard of this issue. There were no concerns of driving the vehicle but requested I bring it in for inspection. I have yet to make an appointment to have it looked at. There are no warning lamps or indicators associated with the steering hazard.

**NHTSA ID Number:** 11510135
**Incident Date** February 2, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 19XFL2H89NE****
**Summary of Complaint**

Regardless of the lane assist setting, while at speeds above 60mph the car starts pulling away from center and toward the lanes lines. The steering "locks" and I have to pull it back to center. It doesn't feel like an alignment issue because it does it to both sides and the steering "locks". I've completely turned off all lane assist and it still does it consistently. If I let it, the car will pull me out of the lane into the rumble strips. The steering is very jerky, it pulls away from center, "locks" the wheel, I pull the wheel in the opposite direction, it releases with a jerk and then starts again. It feels as though I'm trying to correct the steering of a drunk driver.

**NHTSA ID Number:** 11509895
**Incident Date** February 14, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE1F70NH****
**Summary of Complaint**

The steering wheel sticks while driving down the road. Seems to be worse at speeds above 40. There is a small catch / resistance from the middle position and then when you correct back the other way at the center point it catches or sticks again.

**NHTSA ID Number:** 11509646
**Incident Date** March 1, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F55NH****
**Summary of Complaint**

Car is around 20,000 miles, steering becomes "sticky" at speeds above 40 mph. Micro adjustments in steering require excessive force and result in over-adjustments. Stickiness becomes more apparent as speed increases. I have had this issue looked into by my dealer and they were able to recreate the situation but could not find a solution.

**NHTSA ID Number:** 11509254
**Incident Date** December 30, 2022
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F55NH****
**Summary of Complaint**
Staring at 40ish MPH, steering becomes sticky and slight corrections become difficult, at higher cruising speeds of 65+ this issue gets worse. Staying in lane can be difficult especially on lanes going from straight to curved. Sticky steering also fights lane assist which causes wheel to overcompensate automatically. The car is basically brand new at >5000 miles. However it is now unsafe to drive on the highway due to the steering being unpredictable and getting worse. Car has never been in any kind of crash or accident. Rosenthal Fairfax Honda ran Honda multipoint inspection and said nothing was wrong and claimed the steering problem was a feature. I do not think they actually drove the car and I am following up with them about the issue. No warning lamps of any kind, attempted software reset as well to see if it was an electronic issue, but no good. Definitely not an electronic issue. Issue started after lots of freezing to warm weather in Northern MA this last Winter.

**NHTSA ID Number:** 11509298
**Incident Date** December 2, 2022
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F5XPH****
**Summary of Complaint**
While driving in a straight line or in turns where the steering wheel stays in the same position for more than a few seconds; the steering wheel sticks at times. As mentioned previously, it happens when I don't make corrections for a few seconds. It is a slight stick but is noticeable. It requires a more than normal/reasonable amount of pressure to make the steering wheel unstuck. This has led to some over-corrections. The problem seems happens at various speeds but I find more noticeable between 40 to 70 MPH. Lane Keep Assist is turned OFF.

**NHTSA ID Number:** 11509352
**Incident Date** February 6, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F28NH****
**Summary of Complaint**
When driving Highway speeds I lose control of the steering wheel and it gets stuck at times. This is very concerning.

**NHTSA ID Number:** 11509301
**Incident Date** January 2, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 19XFL2H8XNE****
**Summary of Complaint**
Steering wheel gets sticky above 40 mph. It hard to move the wheel on short notice. It also feels like a resistance on the steering.

**NHTSA ID Number:** 11508785
**Incident Date** December 14, 2022
**Consumer Location** Unknown
**Vehicle Identification Number** 19XFL2H87NE****
**Summary of Complaint**
Driving at highway speeds, with steering wheel at center position, steering wheel tends to get stuck when attempting to make small adjustments. Once it starts to happen it happens at all speeds.

**NHTSA ID Number:** 11508632
**Incident Date** February 18, 2023
**Consumer Location** KYLE, TX
**Vehicle Identification Number** 2HGFE2F58NH****
**Summary of Complaint**
On 2/18/2022, having the car around 36,500 miles, the steering wheel started "sticking" when making minor adjustments while driving on the highway, with no warning lights or anything abnormal. At slower speeds it's unnoticeable, but at highway speeds the steering wheel jerks while I am turning it to follow a curve in my lane. I took it to the shop to get the wheels aligned and inflated the tires to the recommended air pressure, but there was no improvement whatsoever. It feels like the problem is getting worse, and now it feels unsafe to drive. I took it to the Honda Service Center in San Marcos, TX, and they told me they need to replace the whole steering rack, being the estimated repair $3,000. They also told me they were going to research if there was any possibility that Honda would take care of "part of the cost of the repair", because "they usually don't find this kind of problem, especially not in new cars".

**NHTSA ID Number:** 11508600
**Incident Date** November 28, 2022
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F51NH****
**Summary of Complaint**
The steering wheel begins to stick after driving about 30 minutes. I will try to turn slightly to the left or right and it will get stuck. I have to add more force until it finally releases and I am able to turn. It become very dangerous when I drive on the highway and my steering wheel feels like it locks for a second. There has been no warning lamps or message and it has happened for the last 4,000 miles

**NHTSA ID Number:** 11508263

**Incident Date** January 5, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F50NH****
**Summary of Complaint**
Unable to make minor adjustments when steering at Highway and city speeds. Steering wheel feel as if it is sticky/stuck until moved

**NHTSA ID Number:** 11508409
**Incident Date** December 19, 2022
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F54NH****
**Summary of Complaint**
The steering is "sticky" at highways speeds. You can feel a definite "stick" when you adjust in your lane or change lanes.

**NHTSA ID Number:** 11508245
**Incident Date** February 20, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE1F98NH****
**Summary of Complaint**
2022 Honda Civic experiencing a "sticky" steering or a slight jerking feeling causing the vehicle to veer off to the left or right making it difficult to stay in the lane especially at higher speeds on the highway. This occurs at all speeds with or without all safety features enabled. Also, a popping noise when turning the steering wheel. This is a very unsafe feeling while driving the vehicle. The local Honda dealership was unable to repair the vehicle today while in the shop. Honda cooperate needs to find a fix before a person or persons are killed.

**NHTSA ID Number:** 11507955
**Incident Date** February 18, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F50NH****
**Summary of Complaint**
2022 Honda Civic - Steering Issue This issue began around ~6,000 miles; the vehicle started providing a sticking and notchy feedback during mid-turns. This issue is most notable during speeds of 45mph. or faster. During a turn, the steering wheel stays locked in the position and requires additional steering correction to reset the angle. This is a driving hazard as the additional feedback required from the driver can cause overcorrection, causing the vehicle to exit its lane. Additionally, at low speeds, while the steering is in full lock (reverse and forward), the steering rack seems to make knocking/ticking sounds. The vehicle currently has ~13,000 miles and this issue has remained persistent since first observation. This issue was reported to a local Honda dealership on February 18, 2023 during a routine maintenance service.

**NHTSA ID Number:** 11508019
**Incident Date** January 12, 2023

CLASS ACTION COMPLAINT                          - 40 -

**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE1F97NH****
**Summary of Complaint**
While driving on freeway the steering wheel feels sticky and gives resistance. Car constantly veers to left and to the right. Spend most of my time focused on keeping car centered and when making the adjustment it's not smooth. It's jerky and feels like something is binding it. We drove 35 miles to our nearby Costco and I had to correct steering wheel 29 times to keep it centered. It's exhausting and worry that we could go into the next lane or off the road if gets worse. We took it to the dealer yesterday 2/17/23 to check on this problem our odometer was at 21,995. Was told technician was not able to duplicate our concern and when they put it on their equipment for testing, no codes came up and that nothing can be done unless codes come up when they do their testing. No warning lamps or messages have come up. My husband believes that this problem started sometime in January of this year 2023. The vehicle is about 1 year old and the steering didn't feel like this the first year after we purchased it.

**NHTSA ID Number:** 11507888
**Incident Date** January 2, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE1F70NH****
**Summary of Complaint**
The contact owns a 2022 Honda Civic. The contact stated while driving 65-70 MPH, the steering wheel was significantly resistant, causing the vehicle to move from one side of the lane to the other. The contact stated that the failure also occurred while making minor adjustments to the steering wheel. The contact stated that the steering wheel would respond as needed after several attempts. The vehicle was taken to the dealer, who test drove the vehicle and informed the contact to turn off the Lane Keep Assist feature. The contact turned off the Lane Keep Assist feature; however, the failure persisted. The contact stated that the failure was more noticeable while driving at high speeds. The manufacturer was not notified of the failure. The vehicle was not diagnosed nor repaired. The failure mileage was approximately 16,000.

**NHTSA ID Number:** 11507593
**Incident Date** November 1, 2022
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F23NH****
**Summary of Complaint**
Starting at about 5,000 miles I have experienced a problem of "sticky", "notchy" steering when traveling at highway speeds once the car is warmed up. Lately, I have also experienced sticky steering at lower speeds, but not usually before the car warms up. I took the car to my dealership service department on January 23, 2023. I was advised in writing that this is a known issue and that a Honda engineer is looking in to the issue. I have seen hundreds of fellow 2022 Honda Civic owners reporting the same exact symptoms on the 11th generation Civic forum.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I feel like there is no way that driving the car with this defect is safe or as safe as driving a car with steering that works correctly.

**NHTSA ID Number:** 11507316
**Incident Date** February 9, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F58NH****
**Summary of Complaint**
Steering sticks when going highway speeds. Makes it difficult to make slight adjustments. Have to apply excessive force to make it break free causing the car to over steer in most cases and swerve.

**NHTSA ID Number:** 11507143
**Incident Date** December 15, 2022
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE1F95NH****
**Summary of Complaint**
Sticky steering at highways speeds. Doesn't feel safe on highway. Issue started at around 17k mileage.

**NHTSA ID Number:** 11507161
**Incident Date** October 12, 2022
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE1F90NH****
**Summary of Complaint**
The steering sticks all the time. It seems the feature that allows the car to stay in the lane continues to be activated even though it is deactivated. This is a serious safety issues. When you are driving at high speeds and the steering sticks it causes the car to jerk when you have to put more force into turning the steering wheel. This issue is all over the internet and on Civic forums. It needs to be addressed immediately.

**NHTSA ID Number:** 11507155
**Incident Date** January 23, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F55NH****
**Summary of Complaint**
Steering wheel sticking when trying to make small correction. Gets worse the longer you drive, making it harder to steer. Wipers only spray fluid at higest vertical stroke, passenger side never clean, only half of driver side clean, hard to see on long drives.
**NHTSA ID Number:** 11507066

**Incident Date** February 13, 2023
**Consumer Location** LEWISVILLE, TX
**Vehicle Identification Number** 19XFL2H87NE****
**Summary of Complaint**

I purchased my 2022 Honda Civic Hatchback Sport in November of 2021. I currently have 7,000 miles on my vehicle. 2 months ago, I noticed a slight sticky feeling with my steering wheel. This almost feels like I am in a constant rut and having to make slight but hard pulls at the steering wheel to make any small adjustment. This occurs when I am going roughly 40 miles per hour or higher. At first, it felt like my LKA was on but when I saw that it wasn't it brought concern. I had a moment a couple of weeks ago where my steering wheel almost ran my husband and I into the right lane. I am worried since there have been multiple reports of others having this same issue and it got worse. I also had a moment on December 31st, 2022 where my car was put into adaptive cruise control around 70 mph and was shut off suddenly. I was not given the option to reengage the cruise control until after my car was turned off and on again. My car is currently at the dealership for these issues as we speak and my technician has said they don't feel what I am talking about. This has made me feel unsafe to drive my vehicle and hope this complaint can join the others and help Honda send out a recall for this issue. 169 complaints about that same thing on here is a big deal. So is the thousands of Reddit threads I have found stating this same problem. Please Honda, do better and call this in or unfortunately you will be met with a lot of lawsuits I am afraid.

**NHTSA ID Number:** 11506874
**Incident Date** January 23, 2023
**Consumer Location** LAFAYETTE, LA
**Vehicle Identification Number** 2HGFE1F95NH****
**Summary of Complaint**
Steering has become jerky/sticky. It no longer feels safe to drive, and most of my time on the road is focused on staying in my lane without jerking the car left or right. Please help us fix this. I know I'm not the only one.

**NHTSA ID Number:** 11506569
**Incident Date** February 10, 2023
**Consumer Location** BROADVIEW HEIGHTS, OH
**Vehicle Identification Number** 19XFL1H76NE****
**Summary of Complaint**
The steering has an issue with "sticking." When driving, I constantly feel little "jerks" as if the steering wants to correct itself, prompting me to constantly re-correct. The jerks are relatively small and so I haven't been worried about safety, but after dealing with this for many months and hoping it would go away (it hasn't) I'm finally registering this issue.

**NHTSA ID Number:** 11506699
**Incident Date** February 3, 2023
**Consumer Location** TRACY, CA
**Vehicle Identification Number** 2HGFE2F54NH****
**Summary of Complaint**
The Steering feels very sticky after 17k miles and it's getting worse, it occurs typically during highway speeds, also the lane assist feature is affected greatly by

this as it does not work due to the steering having this "sticky" feel to it. moderate to overcorrection of the steering wheel is required while operating the vehicle, this has caused constant swaying putting not only myself at risk but others especially while commuting daily. I feel as though my safety is at dire risk. Dealerships are no help as they say nothing can be done unless a code is popping up, but anyone in the car world knows that steering problems do not Have a particular code of warning. Please investigate the matter ASAP as this could cause a serious life risk

**NHTSA ID Number:** 11506520
**Incident Date** December 12, 2022
**Consumer Location** PEMBROKE PINES, FL
**Vehicle Identification Number** 2HGFE1F90NH****
**Summary of Complaint**
The steering is sticky. It feels very unsafe when the car pulls to the left and right and you have to forcibly pull the wheel in the opposite direction.

**NHTSA ID Number:** 11506115
**Incident Date** July 1, 2022
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F56NH****
**Summary of Complaint**
DESCRIBE THE PROBLEM: At highway speeds (above 55 mph) the steering gets seems to stick or catch. When driving straight and making the little left to right adjustments it feels likes it grabbing and I have to tug it to get that small adjustment. It feels as though the Electronic Steering Control is failing or the rack is damage. The car has not been in an accident. HOW IS THIS A HAZARD: Tugging on the wheel at highway speeds causes me to over correct which could send me into the path of another vehicle. REPRODUCED BY OTHERS: There are dozens of owners that have reported this problem on the Civic Owners Social media platform. https://www.civic11forum.com/threads/steering.1894/ DEALER CONTACT Local dealer claims nothing reported. No known recall for item. WARNINGS: There are no warning lights or messages indicating an electronic malfunction. The contact stated that the dealership told them that the parts were not expected to be available for another 5 months. The contact was given a loaner car. The contact offered to trade that vehicle in but was not given a good deal. The contact decided to take back the defective vehicle and buy a new one elsewhere.

**NHTSA ID Number:** 11506129
**Incident Date** December 16, 2022
**Consumer Location** COVINGTON, GA
**Vehicle Identification Number** 2HGFE2F26NH****
**Summary of Complaint**
I HAVE A 2022 HONDA CIVIC SEDAN. ESTIMATED MILEAGE IS AROUND 36K. I HAVE TAKEN THE CAR INTO THE SHOP AROUND 32K, AND REPORTED THAT THE STEERING IS STICKY AND WHEN

DRIVING STRAIGHT, IT LIKE LOCKS AND YOU HAVE TO JERK THE THE WHEEL TO GET IT. THE PROBLEM IS GETTING WORSE, AND MAKING THE STEERING UNMANAGEABLE AT TIMES. I HAVE REPORTED THIS ISSUE SEVERAL TIMES, AND THE DEALERSHIP SAID THEY WILL NOT DO ANYTHING UNTIL THE CAR THROWS A CODE. THIS IS A STEERING ISSUE, I DO NOT THINK THAT IT WILL THROW A CODE. I HAVE CHILDREN, AND WE ARE STARTING TO FEEL UNSAFE IN THIS CAR. I NEED THIS ISSUE FIXED, AND SINCE THE DEALERSHIP IS NOT WILLING TO HELP ME, I CAM TO NHTSA. I FOLLOW AN ONLINE FORUM FOR 11TH GENERATION HONDA CIVIC AND THERE ARE MANY COMPLAINTS ABOUT STICKY STEERING IN THESE CARS, BUT NO ONE IS ADDRESSING THE ISSUE. ALSO, WE FOUND THAT MIGLIACCIO & RATHOD LLP IS CURRENLTY INVESTIGATING THE 2022 HONDA CIVIC STEERING DEFECT. THEY SAY THAT 2022 HONDA CIVIC OWNERS REPORT THAT THE STEERING IN THEIR VEHICLES FEELS STICKY AT HIGHWAY SPEEDS AND MAKES IT DIFFICULT TO TURN THE WHEEL, EVEN IN CITY DRIVING. CAN NHTSA PLEASE HELP US IN GETTING THIS ISSUE FIXED. WE PAY FOR THESE BRAND NEW CARS NOT TO HAVE DEFECTS THAT THE DEALERSHIPS WILL NOT FIX. LIKE I SAID, I HAVE CHILDREN, AND IT IS GETTING UNSAFE TO DRIVE THIS VEHICLE. PLEASE CONTACT ME IF THERE IS ANYTHING THAT WE CAN DO TO RESOLVE THIS ISSUE. THANK YOU.

**NHTSA ID Number:** 11505862
**Incident Date** February 1, 2023
**Consumer Location** INDIO, CA
**Vehicle Identification Number** 2HGFE2F53NH****
**Summary of Complaint**
When driving straight, especially on the highway, the steering feels "sticky" or "notchy" especially from 50 - 75 mph. This makes it really hard to keep the vehicle straight on the highway.

**NHTSA ID Number:** 11505720
**Incident Date** December 1, 2022
**Consumer Location** MIRAMAR, FL
**Vehicle Identification Number** 2HGFE2F53NH****
**Summary of Complaint**
At approximately 23k miles while driving to work on the highway, I felt like my car's power steering kept getting stuck and I had to constantly try to re-steer my vehicle to keep it driving in a straight line. At first I didnt think much of the issue but now my car has 26k miles and the issue is getting worse. The steering seems to be sticking well driving in a straight line, and as you pull on the wheel, it will suddenly almost feel like it's clicking then move. This is extremely unsafe and I have noticed that this same issue has been reported by hundreds of Honda Civic owners. At the moment there is not a recall for this but I hope it that Honda takes action ASAP. I have yet to take my car to the dealership but I have made an appointment to take it to the dealership this upcoming week.

**NHTSA ID Number:** 11505874
**Incident Date** February 6, 2023
**Consumer Location** FLOWOOD, MS
**Vehicle Identification Number** 19XFL1H86NE****
**Summary of Complaint**
Occasional unusual resistance in steering wheel, leading to moderate over-corrections. There is often resistance to moving the wheel from center, and when the resistance releases, the wheel moves more than what was desired, leading to over-correction. This causes swerving and is a hazard.

**NHTSA ID Number:** 11505791
**Incident Date** February 1, 2022
**Consumer Location** MESA, AZ
**Vehicle Identification Number** 19XFL1H89NE****
**Summary of Complaint**
"Sticky" sensation/feedback when making minor correction to steering on highways/speeds greater than about 40mph. Needing to make slight corrections to stay in lane the steering requires extra force to "unstick" the steering wheel causing an over-correction. This posses potential safety issue to driver, passengers, and other motorists in the road. Began a few months after purchasing the vehicle in November 2021 and has been an issue ever since.

**NHTSA ID Number:** 11505602
**Incident Date** February 4, 2023
**Consumer Location** LAS CRUCES, NM
**Vehicle Identification Number** 2HGFE1F94NH****
**Summary of Complaint**
After about an hour of highway driving the steering becomes sticky or notchy feeling. This is both with lane keep assist on and off. It can be hard to keep the vehicle moving in a straight line at highway speeds.

**NHTSA ID Number:** 11505576
**Incident Date** February 4, 2023
**Consumer Location** MILLBURY, MA
**Vehicle Identification Number** 2HGFE1F77NH****
**Summary of Complaint**
Steering is very notchy when turning from neutral position. When driving at highway speeds extra effort is required to turn either right or left from the neutral position. The steering is not operating smoothly it is as if it was binding during any turn. The steering requires more force than normal to initiate the turn. It appears to be getting worse over time and has been this way since purchasing new in 04/22.

**NHTSA ID Number:** 11505431
**Incident Date** December 14, 2022
**Consumer Location** FORT WORTH, TX

CLASS ACTION COMPLAINT
- 46 -

**Vehicle Identification Number** 2HGFE1F9XNH****
**Summary of Complaint**
After a short time driving close to highway speeds (50+) the steering becomes jerky/sticky. Extra effort is required to make small adjustments in direction making it difficult to maintain the car in the center of the lane. No warning lights or messages appear. I have not taken the car to the dealer yet. Multiple people on the civic11forum.com are reporting the same issue.

**NHTSA ID Number:** 11505140
**Incident Date** December 1, 2022
**Consumer Location** PORT SAINT LUCIE, FL
**Vehicle Identification Number** 2HGFE2F55NH****
**Summary of Complaint**
The contact owns a 2022 Honda Civic. The contact stated that while operating the vehicle, the steering wheel was difficult to turn in either direction. The local dealer and manufacturer were notified of the failure and a service appointment was scheduled. The cause of the failure was not yet determined. The failure mileage was 25,000.

**NHTSA ID Number:** 11505113
**Incident Date** January 27, 2023
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE2F58NH****
**Summary of Complaint**
On Friday January 27th, I was driving approximately 65mph when the steering wheel got stuck to the right, causing me to run off the road. I hit a rut where the road meets the grass and it caused a couple of my wheel weights to fall off. Initially the lane keep was on, but I turned it off as it started pulling to the right. The car still proceeded to pull continuously until I cut it off, and then started to appear to work normally for a short period afterwards. The steering wheel already sticks in the center on most days. Now, there's issues stopping, I'm guessing from the rut I hit. The dealer that I bought it from swears that there's nothing wrong with the vehicle and that I'm just a difficult customer. I've already had it up to the dealership 5 times. There's 88 other people already who agree with me. I have a case with American Honda Corporate, but they only agree with what the dealer tells them. This poses a major safety hazard, and it needs to be recalled before someone gets killed.

**NHTSA ID Number:** 11504617
**Incident Date** December 1, 2022
**Consumer Location** RALEIGH, NC
**Vehicle Identification Number** 2HGFE1F74NH****
**Summary of Complaint**
Particularly when traveling at highway speeds, steering wheel feels sticky or stiff. This makes it hard to make subtle steering changes, as extra force is required to adjust direction, so car jerks one direction or another. This feels very unsafe, and does not give me confidence that I am in full control of my vehicle at high speeds,

especially when traveling on congested highways. I did not experience this when I first purchased the car approximately 12 months ago. I would say the issue began about 2-3 months ago. There have been no warning signs or anything else.

**NHTSA ID Number:** 11504736
**Incident Date** January 31, 2023
**Consumer Location** ZIMMERMAN, MN
**Vehicle Identification Number** 2HGFE2F53NH****
**Summary of Complaint**
Steering sticks and causes over reaction to minor corrections while driving. Took to dealer and they say they can't find anything wrong.

**NHTSA ID Number:** 11504799
**Incident Date** January 1, 2023
**Consumer Location** HARRISONBURG, VA
**Vehicle Identification Number** 2HGFE1F72NH****
**Summary of Complaint**
Brakes are relatively hard to press and bring the car to stop, the pedal is also located high, and as an Uber driver it makes it difficult to brake constantly. I am getting knee pain and foot pain. Driver seat is very uncomfortable specially when driving for too long. It doesn't have lumbar support and is giving me lower back pain, my back compresses down and collapses into the section where there's no lumbar support. I feel like my disk is getting hurt. The seat is built in an angel. if I bring the seat low, my last bone of spine goes into the seat and hurts. if I bring the seat high, I get hip pain. The steering is somehow stiff to rotate even with lane departure being turned off. I am getting finger joint pain and elbow pain.

**NHTSA ID Number:** 11504718
**Incident Date** December 1, 2022
**Consumer Location** MIAMI, FL
**Vehicle Identification Number** 19XFL2H82NE****
**Summary of Complaint**
The steering wheel has been sticky while operating the vehicle. The mechanics at Honda continue to state they see no issues with the car however the steering wheel locks and becomes difficult to maneuver while driving on roads and highways . The car system shows all operations are performing perfect. However while driving it's stiff and difficult to make driving adjustments safely

**NHTSA ID Number:** 11504548
**Incident Date** October 3, 2022
**Consumer Location** TIMBERLAKE, NC
**Vehicle Identification Number** 2HGFE2F58NH****
**Summary of Complaint**
•steering feels sticky or jerky like lane assist is engaging, but this car doesn't have lane assist. Takes effort to keep car in lane. Steering shakes/shudders •car veers out of lane •dealer has not inspected car yet-other mechanic thought it could be

alignment but that checked out ok •no other inspections performed •no warning lights

**NHTSA ID Number:** 11504406
**Incident Date** November 10, 2022
**Consumer Location** MANHEIM, PA
**Vehicle Identification Number** 19XFL2H83NE****
**Summary of Complaint**
I'm a 40 YEAR auto tech , steering is notchy when driving straight ,constantly fighting to keep vehicle in my lane, in my opinion it needs a new steering rack and pinion

**NHTSA ID Number:** 11504287
**Incident Date** January 29, 2023
**Consumer Location** ORLANDO, FL
**Vehicle Identification Number** 2HGFE2F58NH****
**Summary of Complaint**
Steering wheel becomes stiff after a few minutes of driving. It feels sticky and it is hard to make small adjustments when driving in a straight line. Problem is noticeably worse at higher speeds. This has been happening for the last two months. Car has only 9000 miles.

**NHTSA ID Number:** 11504335
**Incident Date** December 10, 2022
**Consumer Location** SENECA, SC
**Vehicle Identification Number** 2HGFE2F50NH****
**Summary of Complaint**
My steering wheel started jerking to the right when at about 40mph when it does this it feels like i loose steering briefly , dealer gave me the same ol routine answer cant duplicate problem so i started searching up info came across the 11th Generation civic forum and there are so many of the same complaints and some dealerships are fixing the problem ( steering rack) and some are getting told the same thing as i am! I am a single mother i cant keep missing work to go to dealership just to be turned away but i also dont wanna end up in an accident and leave my kids without a mother because honda doesnt wanna own up to a faulty steering rack

**NHTSA ID Number:** 11504088
**Incident Date** January 8, 2023
**Consumer Location** SOUTH GATE, CA
**Vehicle Identification Number** 2HGFE1F96NH****
**Summary of Complaint**
1700 miles In the odo . Steering feels as if it gets stuck on high way speeds . Having to force it to keep the steering in the center . Definitely not normal . Started noticing it about 1500 on the odo only getting worse. Almost feels like the car is not aligned . Properly . Brand new car not staying straight is a concern of steering rack issues . Common for this car . Scared to report it to dealer they

CLASS ACTION COMPLAINT                    - 49 -

are only going to submit papers and say is completely Normal . Waste of time . This should be a recall

**NHTSA ID Number:** 11503999
**Incident Date** January 21, 2023
**Consumer Location** BELLINGHAM, MA
**Vehicle Identification Number** 2HGFE2F51NH****
**Summary of Complaint**
The contact owns 2022 Honda Civic. The contact stated while driving 30-40 MPH, the steering wheel was sticking with resistance while operating. There was no warning light illuminated. The contact was able to continue driving. The contact stated that the failure had been reoccurring while driving. The dealer and the manufacturer were not notified of the failure. The vehicle was not diagnosed nor repaired. The failure mileage was approximately 16,000.

**NHTSA ID Number:** 11503956
**Incident Date** January 25, 2023
**Consumer Location** NAUGATUCK, CT
**Vehicle Identification Number** 2HGFE2F55PH****
**Summary of Complaint**
While driving at about 60 mi/hr my car veered suddenly to the right and the power steering seemed to not work. The steering required vigorous correcting to maintain vehicle control.This continued for several minutes and it felt like the power steering was not working.when I finally stopped the car in a parking area I got out and checked the tires. Originally It had felt like one of my tires going flat. I turned off the engine and when my tire were checked they were fine.This happened on 1/25/23. When I restarted my car it ran normally after that. On 1/27/23 I took my car for inspection to a dealership for inspection. They could not identify any problem and my car was ok since 1/25.Nothing was fixed but I stressed that they begin recording my initial and any future complaints.

**NHTSA ID Number:** 11503733
**Incident Date** November 15, 2022
**Consumer Location** DUPONT, WA
**Vehicle Identification Number** 19XFL2H87NE****
**Summary of Complaint**
Steering wheel seems to get stiff and lock into center at highway speeds, causing to push hard on steering wheel to do minor corrections, car feels incredibly unsafe at highway speeds constantly having to fight the steering wheel. Many other drivers have this issue in forums. Dealer says they don't know how to fix that.

**NHTSA ID Number:** 11503632
**Incident Date** January 25, 2023
**Consumer Location** HUNTINGTON PARK, CA
**Vehicle Identification Number** 19XFL1H83NE****
**Summary of Complaint**

steering wheel feels jerky, it has a mind of its own. even if driving straight it will move without me moving it.

**NHTSA ID Number:** 11503328
**Incident Date** January 10, 2023
**Consumer Location** SPRINGFIELD, VA
**Vehicle Identification Number** 2HGFE2F53PH****
**Summary of Complaint**
Steering feels stuck at higher speeds highways speeds 60+ Is making it dangerous to drive the vehicle

**NHTSA ID Number:** 11503165
**Incident Date** November 1, 2022
**Consumer Location** FOREST PARK, GA
**Vehicle Identification Number** 2HGFE2F59NH****
**Summary of Complaint**
My steering wheel keeps sticking and u have to jerk the steering wheel to correct it. It happens multiple times daily

**NHTSA ID Number:** 11503014
**Incident Date** January 22, 2023
**Consumer Location** PLEASANTVILLE, NY
**Vehicle Identification Number** 2HGFE2F52NH****
**Summary of Complaint**
At highway speeds, steering sticks and requires excessive force to break resistance and provide input. This makes it difficult to make small corrections and causes swerving within the lane.

**NHTSA ID Number:** 11502974
**Incident Date** November 1, 2022
**Consumer Location** DUBLIN, OH
**Vehicle Identification Number** 2HGFE1F9XNH****
**Summary of Complaint**
Steering wheel sticking after 2nd oil change 9,000 miles. on the highway and speeds over 45mph the steering wheel will stick and require force to move it from its position. It is not subtle and smooth like every car I've driven before. A recall is I order for this steering column. Please look at all the other similar complaints on 2022 civics.

**NHTSA ID Number:** 11502917
**Incident Date** January 20, 2023
**Consumer Location** LOUISBURG, NC
**Vehicle Identification Number** 19XFL2H57NE****
**Summary of Complaint**
Sticky steering, drifting steering, hard to keep in a straight line. This is an ongoing problem which I first noticed in late November after having the car for several

months. It seems to be getting worse. I took it to the dealer they said that it is normal, but I wonder how it could possibly be normal.

**NHTSA ID Number:** 11502842
**Incident Date** November 4, 2022
**Consumer Location** LEITCHFIELD, KY
**Vehicle Identification Number** 19XFL1H8XNE****
**Summary of Complaint**
While driving for some time the steering feels notchy like it takes more effort than normal to steer from center (only occurs for the first 5-10 degrees either direction from center). This usually becomes noticeable when driving around 30+ minutes over 35MPH, and it causes LKAS to struggle to keep the car center in the lane. Definitely a safety hazard and seeing as there are a TON of others having this same issue across all trims levels. Does not prevent me from driving but is a potentially hazardous issue if it becomes worse than it is.

**NHTSA ID Number:** 11501920
**Incident Date** January 11, 2023
**Consumer Location** NEW BRAUNFELS, TX
**Vehicle Identification Number** 19XFL1H85NE****
**Summary of Complaint**
The car has 18K mikes and the steering sticks after driving for 30 minutes or so. It takes a slight jerk to get it unstuck and is a dangerous issue. It happens at highway speeds and slower speeds as well.

**NHTSA ID Number:** 11501870
**Incident Date** January 14, 2023
**Consumer Location** GILBERT, AZ
**Vehicle Identification Number** 2HGFE2F56NH****
**Summary of Complaint**
The steering seems to be sticking well driving in a straight line, and as you pull on the wheel, it will suddenly almost feel like it's clicking then move. I have seen many forums online of the same complaints and Honda is doing nothing about it. This is my daughters car and I want it to be safe. That's why I bought a new one. I was driving the car last night and it's seems very dangerous. The car only has 4600 miles on it and it's extremely noticeable.

**NHTSA ID Number:** 11501607
**Incident Date** January 1, 2023
**Consumer Location** RED OAK, TX
**Vehicle Identification Number** 2HGFE2F59NH****
**Summary of Complaint**
The contact owns a 2022 Honda Civic. The contact stated while driving 75 MPH, the vehicle independently started to steer to the left and right. The contact stated there was no warning light illuminated. The contact stated that extra effort was needed while steering the vehicle. The vehicle was not diagnosed or repaired. A

dealer was not contacted. The manufacturer had not been informed of the failure. The failure mileage was 19,355.

**NHTSA ID Number:** 11501389
**Incident Date** December 24, 2022
**Consumer Location** NORTHRIDGE, CA
**Vehicle Identification Number** 2HGFE2F28NH****
**Summary of Complaint**
There are issues with steering possible lane assist. I took it to Honda to be accessed, initially the rep tried to tell me there was nothing wrong/ didn't understand the issues I was having. Then I was told it was a small hose that was constantly triggering lane assist feature and that they needed to take the dash apart and install this part they claim they special ordered. I left my car at the service center for several days. They reported they had replaced defective part And the issue had been resolved however, It's been 2 weeks and the car is worse than before. The steering wheel is stiffer than before and makes a clicking sound when turning any direction. I'm afraid of an accident because the issue forces the driver to constantly. The service guy claimed it's not dangerous just something annoying. I feel frustrated because this shouldn't be happening with a car that I just 1 year old

**NHTSA ID Number:** 11501541
**Incident Date** December 19, 2022
**Consumer Location** RICHMOND, CA
**Vehicle Identification Number** 2HGFE1F97NH****
**Summary of Complaint**
While driving my car on the highway I'm noticing that my steering wheel often gets stuck if I've been driving straight for a while. When I feel it get stuck I have to apply pressure or pull it to get it to move. Sometimes when it gets stuck and I try to move it slightly it feels like the car is drifting off into the next lane. Almost as if the car is fighting me a bit. For example I will try to move it to the right but it gets stuck and goes to the left. This is very dangerous sometimes I get scared thinking what if it doesn't move one day and I crash into something or someone. It is very unsafe!

**NHTSA ID Number:** 11501544
**Incident Date** January 12, 2023
**Consumer Location** SIDNEY, OH
**Vehicle Identification Number** 2HGFE2F51NH****
**Summary of Complaint**
2022 Honda Civic Sport current milage: 21,000 miles. I have had this car since September 2021. Ever since my first day of ownership, the LKAS system for assisting the driver with lane guidance constantly fights me. Often, the car turns the steering wheel by itself to hug the left lane line, often passing over the line and causing the Lane Departure warning to activate, shaking the steering wheel. This issue has occurred on the right lane line as well, but typically the issue is with the left lane line for my car. This happens every time I drive my car. I took

my 2022 Honda Civic Sport to a Honda dealership about a year ago to look at the lane departure issue. The mechanics were able to replicate the issue, however nobody knew what to do as no codes were supplied by the car. The employees acted as if I was stupid as I explained my issue, with video proof, however their doubt changed when their test drive concluded. I was later informed by Honda dealership employees that the car was "supposed to guide towards the lane lines." I am not confident that any car is "supposed" to do anything as dangerous as the 2022 Honda Civic Sport LKAS system; this issue will increase the likelihood of accidental sideswipes on multi-lane roads, or loss of control in poor road conditions as you have to yank on the very stiff steering wheel and constantly apply pressure to oppose the LKAS system. Another issue with the same 2022 Honda Civic Sport is that the ACC system malfunctions. For no reason at all, in perfect driving conditions and no warnings at all, cruise control will turn itself off. This is dangerous as I do not anticipate the deactivation of the system, leading the car to significantly decrease in speed on the interstate without. The system cannot be reactivated until the car is recycled; the vehicle must be pulled off the road to correct this problem. Nobody at the dealership knows what to do about the cars they sell.

**NHTSA ID Number:** 11501134
**Incident Date** January 10, 2023
**Consumer Location** GLEN BURNIE, MD
**Vehicle Identification Number** 2HGFE1F95NH****
**Summary of Complaint**
While driving the 2022 Civic Touring there is a noticeable stickiness to the steering almost as if the wheel will look up while trying to drive straight and pull the car to different sides of the road. Its almost like the first 5 degrees right or left are not registered, causing it to lock up. It originally was while driving straight mainly highway miles. Now it's becoming noticeable during day to day driving and turning. This is very unsafe considering the car can turn and steering wheel will not allow the driver to automatically correct because it is locked up. If you go to the dealership everyone pretends like it's unreal but check any forum and tons of people are experiencing these problems with 2022 Civics. I had a dealership tell me to my face that it is 100% "normal".

**NHTSA ID Number:** 11500905
**Incident Date** January 9, 2023
**Consumer Location** LAFAYETTE, LA
**Vehicle Identification Number** 2HGFE2F58NH****
**Summary of Complaint**
Vehicle has sticky steering that is noticble above 40 mph and gets worse as the vehicle goes faster. It does take considerable effort to steer at highway speeds as the resistance makes it difficult to not overcorrect when steering. When lane keep assist is on it can also be felt that it is struggling with the resistance in the steering. This started at around 5000 miles. The dealership states that it is the steering rack. There was no warning lamps. There is no tech safety bulletin or recall. This is a known problem and a potential safety issue.

**NHTSA ID Number:** 11500649
**Incident Date** January 1, 2023
**Consumer Location** GAITHERSBURG, MD
**Vehicle Identification Number** 2HGFE2F52NH****
**Summary of Complaint**
steering feels sticky at highway speeds. almost feels like it jumps and wonders on the highway when making small corrections.

**NHTSA ID Number:** 11500636
**Incident Date** January 7, 2023
**Consumer Location** EL DORADO HILLS, CA
**Vehicle Identification Number** 2HGFE2F55NH****
**Summary of Complaint**
Steering is sticky feel at highway speeds.

**NHTSA ID Number:** 11500638
**Incident Date** November 20, 2022
**Consumer Location** ENFIELD, CT
**Vehicle Identification Number** 19XFL2H83NE****
**Summary of Complaint**
Turning the steering wheel feels "sticky" or has excessive resistance, and i have to apply significant force to "break it loose" again, seems to happen at highway speeds intermittently. This issue makes it very difficult to keep the car in a straight line. the force needed to turn the wheel when it "sticks" causing unintentional overcorrections. This is extremely annoying to the driver, and possibly safety concern for keeping control of the car.

**NHTSA ID Number:** 11500558
**Incident Date** November 15, 2022
**Consumer Location** ATLANTA, GA
**Vehicle Identification Number** 2HGFE1F74NH****
**Summary of Complaint**
The steering wheel doesn't allow me or the lane keeping assisting system to make small adjustments. It's sticky and may cause over adjustments. Please check the link below. Most of the users have the same problem. https://www.carproblemzoo.com/honda/civic/2022/2022-honda-civic-steering-problems.php

**NHTSA ID Number:** 11500555
**Incident Date** January 6, 2023
**Consumer Location** HARTFORD, NY
**Vehicle Identification Number** 2HGFE2F55NH****
**Summary of Complaint**
Steering sticky and stiff at highway speeds, requires additional effort to move from centered position.The vehicle is one year old with has roughly 15,000 miles

CLASS ACTION COMPLAINT                    - 55 -

and this just happened recently, oddly enough it appears to work fine at lower speeds.

**NHTSA ID Number:** 11500416
**Incident Date** November 22, 2022
**Consumer Location** VARNVILLE, SC
**Vehicle Identification Number** 2HGFE1F95NH****
**Summary of Complaint**
At approximately 20,000 miles the vehicle has issues with the steering wheel sticking, adversely affecting the ability to steer the vehicle safely. The issue appears after the vehicle has warmed up and is more noticeable while in the higher RPM range at approximately >40 MPH. The steering feels locked in place with the driver needing to fight the steering in order to control the vehicle. The amount of adjustment needed to steer the vehicle causes the steering to overcompensate and causes the steering to stick in the opposite direction which requires the driver to fight the steering the entire time the vehicle is operated. This issue presents a great safety concern to both the drivers/passengers in the vehicle and other drivers as the fatigue of manipulating the sticking/notched steering wheel can lead accident if the driver's inputs are not consistent with the steering defect. No warning light or or error codes are present.

**NHTSA ID Number:** 11500439
**Incident Date** December 1, 2022
**Consumer Location** KNOXVILLE, TN
**Vehicle Identification Number** 2HGFE1F9XNH****
**Summary of Complaint**
Car is at about 14k miles. I noticed at high speeds (on the interstate highway) around 55-70 mph, the steering wheel starts to stick. When keeping my car inside the lanes it is very difficult to do so without accidentally jerking the steering wheel, because of it sticking. The steering wheel does not stick when moving at speeds slower than this.

**NHTSA ID Number:** 11500390
**Incident Date** January 5, 2023
**Consumer Location** ETTERS, PA
**Vehicle Identification Number** 19XFL1H84NE****
**Summary of Complaint**
The steering at highway speeds feels like it sticks at the 12:00 position, almost like a notch is there and I have to give it a little more movement to get the wheel itself to budge. The car also feels like it needs to be re-centered in the lane a lot and it tends to weave.

**NHTSA ID Number:** 11500055
**Incident Date** January 4, 2023
**Consumer Location** FORKED RIVER, NJ
**Vehicle Identification Number** 2HGFE2F54NH****
**Summary of Complaint**

CLASS ACTION COMPLAINT                    - 56 -

Steering wheel/rack in car feels as if it's sticking, giving resistance, and notchy. Driving car at highway speeds the steering seems to be less responsive and doesn't want to continue to stay straight. Has a jittery feeling as if it wandering. Lane assist has been turned off and issue still occurred. The problem seems to be getting worse and the car feels unsafe to drive.

**NHTSA ID Number:** 11500060
**Incident Date** January 2, 2023
**Consumer Location** HOUSTON, TX
**Vehicle Identification Number** 2HGFE1E53NH****
**Summary of Complaint**
The steering has a tendency to "stick" and hold a direction to the left or right of center, requiring more force to bring back to center after a turn. This comes up during highway speeds where there is no "on centering" movement in the steering after a turn, rather, the steering feels notchy and "stuck" in a certain position and extra unusual amount of force is required to right the steering wheel back to center

**NHTSA ID Number:** 11499897
**Incident Date** December 26, 2022
**Consumer Location** HERNDON, VA
**Vehicle Identification Number** 2HGFE1F91NH****
**Summary of Complaint**
2022 Civic Sport has close to 2k miles and the steering is sticky and requires force in the opposite direction to "unlock". This is happening with our 2022 Civic Touring and now this new Sport :(. It is a safety issue when trying to correct the stuck steering wheel, if over corrected, can inadvertently drive into another lane unannounced. Many people seem to be having this issue. NHTSA please help us! Honda won't acknowledge this faulty, dangerous issue!!!

**NHTSA ID Number:** 11499976
**Incident Date** December 31, 2022
**Consumer Location** Unknown
**Vehicle Identification Number** 2HGFE1F91NH****
**Summary of Complaint**
When I drive down the road at certain times the steering sticks which does not allow me to make the minor adjustments needed to stay in the center of a lane. This causes a jerkiness and overcorrection when driving at higher speeds. This has occurred on long trips and short drives, but sometimes the steering seems fine. I have confirmed that it is not the lane assist kicking in. It is a problem with the steering wheel sticking.

**NHTSA ID Number:** 11499935
**Incident Date** August 31, 2022
**Consumer Location** SHIRLEY, NY
**Vehicle Identification Number** 2HGFE2F5XNH****
**Summary of Complaint**

The car is 5 months old and the steering wheel was never centered always pulled to the right I had the dealer do an alignment done and nothing has changed it is unsafe and always pulling to the opposite direction. No warning lamps came on. The dealer is telling me the alignments are perfect but it is not. I see that so many others are reporting the same issues but the dealer says nothing is wrong. The steering sticks unless moved to straighten it out. This is a big safety concern if there are so many people complaining about the same issue in the same car.

**NHTSA ID Number:** 11499563
**Incident Date** September 1, 2022
**Consumer Location** KATY, TX
**Vehicle Identification Number** 2HGFE1F9XNH****
**Summary of Complaint**
Factory Ordered 2022 Civic Touring Sedan summer of 2021. Took delivery October 27th 2021. Vehicle has 17,600~ miles roughly today. Around mid to late summer of 2022 I started noticing the steering becoming semi-stiff, notchy only in centerline position of 3-5 degrees on Highway driving. All driver aides are turned off LKAS etc. Tried with on or off. Basically, any speed in excess of 40+ mph, especially 60+ mph the steering wheel at random feels lightly stuck, semi-locked, resistive at center position or anywhere within about a 3-5 degree center position requiring a slight but constantly noticeable over steer to get power steering to engage properly. Makes highway driving annoying and uncomfortable constantly using wrist to make minor over corrections slightly right/left, left/right against the resistance. Car drives fine below 40mph. Alignment has been done twice to rule it out. Most recently this December. Dealership has been advised on my last alignment. Simply put steering is sticky, notchy, semi-stiff in centered position once above 40mph+ but not at every single time the vehicle is started. Mostly 60% of the time. I am waiting and would seriously like Honda to investigate the issue and release a TSB fix so I do not have to waste my time running around with the dealership debates BEFORE the factory warranty runs out.

**NHTSA ID Number:** 11499440
**Incident Date** November 1, 2022
**Consumer Location** ALEXANDRIA, VA
**Vehicle Identification Number** 2HGFE2F23NH****
**Summary of Complaint**
Steering is sticking when making normal minor corrections while driving. This causes the driver to have to over-correct to get past the sticking point. When driving on the highway, this makes driving dangerous, as an over-correction moves the vehicle closer to other vehicles or barriers.

**NHTSA ID Number:** 11499306
**Incident Date** December 28, 2022
**Consumer Location** FORT WAYNE, IN
**Vehicle Identification Number** 2HGFE2F57NH****
**Summary of Complaint**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Steering wheel gets stuck momentarily while driving. It feels like it skips/steps after getting released. As a result small adjustments to the steering wheel are not smooth when the problem occurs. While not touching the steering wheel, it makes a slight move unintentionally. The problem seems to occur at any speed, but less noticeable at high RPMs. The problem puts me and passengers at risk since I constantly need to give adjustments to the steering wheel.

**NHTSA ID Number:** 11499462
**Incident Date** November 29, 2022
**Consumer Location** LEAGUE CITY, TX
**Vehicle Identification Number** 2HGFE2F57NH****
**Summary of Complaint**
When driving above 45 mph the steering wheel stiffens or sticks. It is unsafe to drive with this issue because it causes the car to slightly swerve to get the wheel to unstick. When turning I can let go of the wheel and it sometimes gets stuck in a sideways position instead of spinning back like most cars do.

**NHTSA ID Number:** 11499389
**Incident Date** October 12, 2022
**Consumer Location** FORKED RIVER, NJ
**Vehicle Identification Number** 2HGFE2F54NH****
**Summary of Complaint**
Vehicle have major steaming issues. Over correcting constantly at highway speed. Very dangerous to drive. Brought to dealer. Cannot duplicate the problem. Car curently has 35k miles as I commute everyday with this vehicle. Steering is getting stuck in certain positions. Causing myself to oversteer the vehicle. Does it most at 60-70mph going straight

**NHTSA ID Number:** 11499277
**Incident Date** December 26, 2022
**Consumer Location** MONROE, NY
**Vehicle Identification Number** 2HGFE1F98NH****
**Summary of Complaint**
I've notice sticking in the steering wheel 2 days ago and seems to be getting worse especially the more I drive. So when driving and not turning for a sec or two then make adjustments in steering weather it's right or left it gets stuck. I have to put a litter force into it to make steering adajustmenst.

**NHTSA ID Number:** 11498873
**Incident Date** December 26, 2022
**Consumer Location** PUNTA GORDA, FL
**Vehicle Identification Number** 2HGFE2F28NH****
**Summary of Complaint**
The vehicle steering has a spot where it sticks like something is binding happens even trying to make a slight correction and the lane assist is NOT ON when this occurs

CLASS ACTION COMPLAINT                    - 59 -

**NHTSA ID Number:** 11498868
**Incident Date** December 1, 2022
**Consumer Location** PHOENIX, AZ
**Vehicle Identification Number** 2HGFE1E57NH\*\*\*\*
**Summary of Complaint**
Steering feels very jerky on the highway. Best I can describe it is when you are giving little corrections with the steering wheel it feels heavy and then the power steering helps once you get to a certain level of input and the wheel jerks hard. Almost like the power steering can't see the first 5° of input at highway speeds. This makes for a car that is hard to keep centered and unsafe driving conditions on the highway. This effect is noticeable in normal mode and unbearable in sport mode.

**NHTSA ID Number:** 11498734
**Incident Date** March 1, 2022
**Consumer Location** FELTON, PA
**Vehicle Identification Number** 2HGFE1F98NH\*\*\*\*
**Summary of Complaint**
Steering becomes sticky and stuck when turning to left as steering must be manually auto-corrected to center mostly more prominent on highway speeds causing car to be at serious risk for crash. Dealer diagnosed problem as PS rack and replacement is around $3k with out of pocket or extended warranty. This was a known issue for previous generation and continues to be an issue in this generation.

**NHTSA ID Number:** 11498764
**Incident Date** December 24, 2022
**Consumer Location** ANACORTES, WA
**Vehicle Identification Number** 2HGFE2F54NH\*\*\*\*
**Summary of Complaint**
The steering is sticking, most noticeable at 50 mph plus, the stickiness causes accidental overseer when making small steering adjustments.

**NHTSA ID Number:** 11498650
**Incident Date** November 24, 2022
**Consumer Location** SHAW AFB, SC
**Vehicle Identification Number** 2HGFE2F57NH\*\*\*\*
**Summary of Complaint**
While driving at speeds above 45 mph the steering becomes very stiff as if locked in place and when you try to adjust the steering it jerks the wheel making it very dangerous if your not careful.

**NHTSA ID Number:** 11498482
**Incident Date** December 14, 2022
**Consumer Location** PLUMAS LAKE, CA
**Vehicle Identification Number** 19XFL1H74NE\*\*\*\*
**Summary of Complaint**

Steering wheel has started to stick while driving. Noticed about a week ago and has done it every time driven since.

**NHTSA ID Number:** 11498413
**Incident Date** December 17, 2022
**Consumer Location** AGOURA HILLS, CA
**Vehicle Identification Number** 2HGFE1F92NH****
**Summary of Complaint**
Steering is sticking when making normal minor corrections while driving. This causes the driver to have to over-correct to get past the sticking point. When driving on the highway, this makes driving dangerous, as an over-correction moves the vehicle closer to other vehicles or barriers. Note that this problem started around middle of November 2022. Prior to that the vehicle drove fine, no issues.

**NHTSA ID Number:** 11498281
**Incident Date** December 20, 2022
**Consumer Location** MIAMI, FL
**Vehicle Identification Number** 2HGFE2F52NH****
**Summary of Complaint**
The steering of the car is hard to control starting at 30 mph and getting progressively worse as you increase the speed. The steering wheel seems to lock in a position and when you try to correct your path of travel it causes an over correction due to the additional force necessary to try and keep the car in the intended path. I had 2 close calls where I almost had an accident on the high way because of this. along with my hand being damaged as a result of a service connected disability I fear that I wont have enough strength to keep the car from veering into a tragedy.

**NHTSA ID Number:** 11498000
**Incident Date** September 22, 2022
**Consumer Location** OLYMPIA, WA
**Vehicle Identification Number** 2HGFE2F50NH****
**Summary of Complaint**
The steering wheel "sticks" a little when driving at highway speeds. This is when lane keep assist is turned OFF. As far as I can tell this mostly happens when I'm going in a straight line. It can be unstuck fairly easily by applying pressure to turn, but something is clearly off.

**NHTSA ID Number:** 11497932
**Incident Date** December 18, 2022
**Consumer Location** SAINT PETERSBURG, FL
**Vehicle Identification Number** 2HGFE2F57NH****
**Summary of Complaint**
one day after approximately 11k miles of use, the sterring began to bind. Sticking mainly to the center, at first it wasn't very drastic. A little extra effort & you were able to mussel through it. The more you drive it ghe worse it gets. It got to an

unmanageable point with the lane assit on, as the car fights itself. this started approximately 3 & half weeks ago. Its getting worse. Had an appointment at tge dealer 2 weeks ago, yesterday there was a release date for my steering rack of January 1, mabye. It gets worse w speed.

**NHTSA ID Number:** 11497897
**Incident Date** December 1, 2022
**Consumer Location** QUEEN CREEK, AZ
**Vehicle Identification Number** 2HGFE1F7XNH****
**Summary of Complaint**
While driving my 2022 Civic at freeway speeds beginning to notice steering wheel isn't responding as smoothly as normal. Car tends to drift in lane and when you correct steering wheel sticks and feels similar to the lane keeping assistance even though it is turned off. Seems to be getting more noticeable and steering isn't as responsive

**NHTSA ID Number:** 11497793
**Incident Date** December 16, 2022
**Consumer Location** WICHITA FALLS, TX
**Vehicle Identification Number** 2HGFE2F5XNH****
**Summary of Complaint**
When driving at higher speeds on the freeway my steering becomes resistant. Causing over correcting. One day when it was very windy driving to work after over correction I blew into the other lane, luckily no one was close enough. Driving on the freeway for long periods of time causes hand cramps from the amount of grip it requires to keep it center lane. This is a safety issue. I have taken it to Honda on 3 separate occasions for the same issue and every time they say there is nothing wrong.

**NHTSA ID Number:** 11497823
**Incident Date** December 11, 2022
**Consumer Location** PITTSBURGH, PA
**Vehicle Identification Number** 2HGFE2F5XNH****
**Summary of Complaint**
At highway speeds, the steering wheel will stick a few degrees from center on either side when allowing the wheel to return to its neutral position. When making minor adjustments while travelling straight, the wheel will give increased resistance at the points mentioned above. This can be possibly dangerous if a driver assumes the wheel will behave normally when completing a turn or overcompensating during minor adjustments. This can be especially true during inclement weather conditions where minor adjustments or wheel sticking may affect the driver's ability to correct an otherwise avoidable traction related incident.

**NHTSA ID Number:** 11497374
**Incident Date** December 13, 2022
**Consumer Location** LEAGUE CITY, TX

**Vehicle Identification Number** 2HGFE2F51NH****
**Summary of Complaint**
Steering became difficult and unresponsive at times. Car barely has 3000 miles on it. Took to Honda dealership for inspection. They test drove car and I was told the following needed to be replaced and recommended leaving car there for repairs. Repair rack and pinion assembly, update control unit, update VSA and EPS systems, alignment. 2 weeks to get a part leaving me stuck having to pay for a rental car for weeks.

**NHTSA ID Number:** 11497488
**Incident Date** December 1, 2022
**Consumer Location** TORRANCE, CA
**Vehicle Identification Number** 19XFL2H57NE****
**Summary of Complaint**
When im on freeway my car steering wheel starting to feel like sticky and im always fighting to steering to be staright on the road.and its always going right.and when im in idle i can feel and hear a bumping sounds under my vehicle when i slowly turning it right. Its makes me feel Unsafe on this car specially when im driving on freeway! And when i bring it to the dealer ti fix it they always saying nothing was wrong with my steering!! I leave my car in dealer for 2days and when i get it its feel thesame and they pull out the wire power of my dashcam for no reason!!!

**NHTSA ID Number:** 11497252
**Incident Date** October 13, 2022
**Consumer Location** SAN FRANCISCO, CA
**Vehicle Identification Number** 2HGFE2F56NH****
**Summary of Complaint**
The contact owns a 2022 Honda Civic. The contact stated while driving 55 MPH and making a left turn, there was significant resistance while turning the steering wheel back to the center position. The contact stated that the failure had been occurring mainly after making turns at faster speeds. The dealer was notified of the failure and informed the contact that the failure was associated to an unknown recall; however, the VIN was not included. The vehicle was not diagnosed or repaired. The manufacturer was not notified of the failure. The failure mileage was approximately 28,000.

**NHTSA ID Number:** 11496854
**Incident Date** December 10, 2022
**Consumer Location** SNEADS FERRY, NC
**Vehicle Identification Number** 2HGFE2F57NH****
**Summary of Complaint**
While driving the 2022 Civic sport there is a noticeable stickiness to the steering almost as if the wheel will look up while trying to drive straight and pull the car to different sides of the road. It originally was while driving straight mainly highway miles. Now it's becoming noticeable during day to day driving and turning. This is very unsafe considering the car can turn and steering wheel will

not allow the driver to automatically correct because it is locked up. Around 5000 miles the steering wheel will begin having a loose change noise when turning to the left behind the horn, around 10,000 miles the steering wheel will begin locking up and not allowing the driver to correct it and will pull the car to different sides of the road. If you go to the dealership everyone pretends like it's unreal but check any forum and 1000s of people are experiencing these problems with 2022 Civics

**NHTSA ID Number:** 11496837
**Incident Date** December 9, 2022
**Consumer Location** CAPE MAY, NJ
**Vehicle Identification Number** 2HGFE2F51NH****
**Summary of Complaint**
My steering wheel is starting to stick, I have to pull harder than normal for it to turn, it's led me to over correct it by accident on the highway to get it to move. Others have had this issue on these Civics as well. If it gets worse I can see this being very dangerous if it gets worse.

**NHTSA ID Number:** 11496779
**Incident Date** November 7, 2022
**Consumer Location** ROSWELL, NM
**Vehicle Identification Number** 2HGFE1F9XNH****
**Summary of Complaint**
The contact owns a 2022 Honda Civic. The contact stated that while driving at various speeds, the steering wheel momentarily seized. The contact stated that extra effort was needed to turn the steering wheel, causing the driver to overcompensate while attempting the turn the vehicle. The contact stated that the failure occurred while driving in a straight line, or while the steering wheel was stationary. The cause of the failure was not yet determined. The local dealer and manufacturer were not yet notified of the failure. The failure mileage was 10,000.

**NHTSA ID Number:** 11496824
**Incident Date** December 1, 2022
**Consumer Location** BUCKEYE, AZ
**Vehicle Identification Number** 2hgfe2f59nh****
**Summary of Complaint**
steering wheel is not reacting properly. It feels like sticky.

**NHTSA ID Number:** 11496542
**Incident Date** October 15, 2022
**Consumer Location** DENHAM SPRINGS, LA
**Vehicle Identification Number** 2hgfe2f59nh****
**Summary of Complaint**
Starting around 38k miles the steering will get stuck in the middle position causing me to use extra force to free the wheel. This causes an over compensation and swerving. It's especially worse at higher speeds than 40 mph. I feel this could cause an accident. It happens with lane keep assist on or off. I have not seen any

fault lights on the dash and have not taken to a dealer or mechanic yet, but I will soon.

**NHTSA ID Number:** 11496638
**Incident Date** December 6, 2022
**Consumer Location** PASADENA, MD
**Vehicle Identification Number** 19XFL1H81NE****
**Summary of Complaint**
Steering wheel/rack in car feels as if it's sticking, giving resistance, and notchy. Driving car at highway speeds the steering seems to be less responsive and doesn't want to continue to stay straight. Has a jittery feeling as if it wandering. Lane assist has been turned off and issue still occurred. The problem seems to be getting worse and the car feels unsafe to drive. Car has not been to dealer yet waiting in appointment. Car has no been inspected by any of the following: manufacturer, police, insurance representatives or others No warning lamps, messages or other symptoms of the problem prior to the failure when the issue started. Noticed issue on 12/6/22. Roughly 8600 miles on vehicle.

**NHTSA ID Number:** 11496416
**Incident Date** August 1, 2022
**Consumer Location** SAN JOSE, CA
**Vehicle Identification Number** 2hgfe1f70nh****
**Summary of Complaint**
The steering wheel sticks at times. Driving straight and in turns. It's a slight stick, but increasingly more noticeable. While driving straight it happens if I don't touch the wheel for a few seconds. Then I'll need to make a minor correction and it's stuck. I have to put some decent pressure on the wheel to make it unstuck, which causes an over-correction

**NHTSA ID Number:** 11496361
**Incident Date** December 1, 2022
**Consumer Location** JOSEPHINE, TX
**Vehicle Identification Number** 19xfl1h82ne****
**Summary of Complaint**
At medium to high speeds (40 - 70 MPH ) the steering wheel sticks in left and right directions with all lane keeping and Honda safety turned off. It takes a decent amount of force to correct the steering and causes jerky reactions causing my car to dramatically bounce between lane lines. This is a major safety issue as on a curvy road I can easily veer off road or into oncoming lanes . This is a major issue and have found a lot of other Honda Civic owners are seeing the same issue. There are no indicator lights on the dash when this happens. I have tried to correct issue by changing the steering wheel location via the telescope position with no change. I plan to take my car in to service ASAP as it is unsafe to drive on my daily 100mi commute.

**NHTSA ID Number:** 11496002
**Incident Date** September 1, 2022

**Consumer Location** MASPETH, NY
**Vehicle Identification Number** 2HGFE2F54NH****
**Summary of Complaint**
I own a 2022 Honda Civic sport and I am having steering issues. When going over 30+mph, the steering wheel feels very STICKY, on the highway the wheel will stay in a slightly turned position and not return to center, It causes resistance when making small corrections which then gives away when applying pressure, over correcting and making driving dangerous. This started around 8k miles and I now have almost 12k with no fix (I've had the car since 5 miles). Driving this car at first was one of the most fun experiences, but now its getting tiring with this big issue that dealers around my area cannot fix.

**NHTSA ID Number:** 11496062
**Incident Date** October 9, 2022
**Consumer Location** LEDYARD, CT
**Vehicle Identification Number** JTHD81F29N5****
**Summary of Complaint**
While driving, the steering wheel will stick and require extra effort to turn the wheel. While not currently life-threatening, this has all the potential to become fatal. There has been some reproductions at service centers, but my vehicle has not been inspected yet, and there are no warning lights or prompts.

**NHTSA ID Number:** 11495984
**Incident Date** December 3, 2022
**Consumer Location** BROCKTON, MA
**Vehicle Identification Number** 2HGFE2F54NH****
**Summary of Complaint**
My steering wheel becomes sticky once I get to highway speeds. Attempting to make any micro adjustments becomes difficult because it requires more force and causes over correction. It doesn't happen as often when temperatures are lower though. Seems more common when it's warm out. Have not gone to the dealer yet.

**NHTSA ID Number:** 11495985
**Incident Date** November 17, 2022
**Consumer Location** SACRAMENTO, CA
**Vehicle Identification Number** 2HGFE2F50NH****
**Summary of Complaint**
When driving straight on the freeway for a certain amount of time, the steering wheel sticks and I would have to apply more force to adjust the steering. I had the dealership run a diagnostic and they updated the software but the problem still persists. The steering is sensitive and applying extra amount of pressure is dangerous, especially on rainy days.

**NHTSA ID Number:** 11495940
**Incident Date** December 1, 2022
**Consumer Location** HOWELL, NJ

**Vehicle Identification Number** 2HGFE2F50NH****
**Summary of Complaint**
Immaculately kept and cared for 2022 civic with 8,000 miles on it has "sticky" and/or "binding" steering, which came on out of nowhere a week or two ago. The problem is more pronounced at highway speeds, but is starting to become noticeable at residential street speeds (25-35mph) too. I DO NOT FEEL SAFE DRIVING MY LESS THAN YEAR OLD CAR! Brought it to the dealership yesterday and they actually acknowledged the problem and recommended "a whole steering gearbox replacement", which is under warranty, but the part has at least a month lead time. Unacceptable! Most dangerous incident took place when I was turning onto my street and in mid-turn the steering wheel got stuck making me have to apply more than normal force and making an over correction. Thankfully, nobody was around so I didn't hit anyone, but it could have been bad if there was a car in the opposing lane.

**NHTSA ID Number:** 11495724
**Incident Date** November 15, 2022
**Consumer Location** PALM DESERT, CA
**Vehicle Identification Number** 2HGFE2F56NH****
**Summary of Complaint**
The car has 13,000 miles . The steering sticks on the Highway and over corrects When having to unstick it . It feels very unsafe to drive . Took it to the dealer and they said could not find anything wrong . It started doing this recently was fine up to now . Don't feel safe at all driving it and there is a clunking sound when making turns or backing out of a parking space.

**NHTSA ID Number:** 11495691
**Incident Date** December 1, 2022
**Consumer Location** TAMPA, FL
**Vehicle Identification Number** 2HGFE2F57NH****
**Summary of Complaint**
When im driving, my steering wheel doesnt return to center on its own, even when turning the slightest bit. I have to apply force and it's dangerous especially on the freeway.

**NHTSA ID Number:** 11495709
**Incident Date** November 30, 2022
**Consumer Location** NEW LEXINGTON, OH
**Vehicle Identification Number** 2HGFE1F95NH****
**Summary of Complaint**
This issue has been occurring since my vehicle had approximately 10,000 miles on it. Currently has around 16,000 miles on it. Sticking of the steering wheel while at traveling speeds and near-straight direction. Generally happens for the entire duration of the drive, occurring after the steering wheel has been stationary for more than a second or two. Most noticeable when at faster/highway speeds. Problem will be reported to the dealer. This can very in intensity and require different amounts of effort to overcome the sticking. It causes annoyance in

keeping the vehicle straight or slightly curved, and making very minor steering inputs can be difficult. This could create a safety issue if not expecting it or cause minor over-correction when the pressure releases while traveling on contaminated roads. Seems to happen more often in cool temperatures between 45 and 65 degrees, and regardless of LKAS or other driver assist system functions being on or off.

**NHTSA ID Number:** 11495425
**Incident Date** November 24, 2022
**Consumer Location** SYLVAN SPRINGS, AL
**Vehicle Identification Number** 2HGFE2F54NH****
**Summary of Complaint**
Steering is "sticking" causing temporary moments of resistance while steering which then gives away and can cause an over correction.

**NHTSA ID Number:** 11495044
**Incident Date** November 18, 2022
**Consumer Location** JACKSONVILLE, FL
**Vehicle Identification Number** 19XFL2H85NE****
**Summary of Complaint**
30+ mph steering becomes sticky / notchy that requires over-correction to fix, making it uncomfortable and dangerous to drive, particularly on the interstate. When using Lane Keep Assist, it pulls to one side or the other, crossing the line, and then autocorrects when the lane departure warning is activated, only to repeat this process consistently. There are no error codes on the car and local dealerships have not yet heard of a solution. There are currently no recalls or official statements from Honda regarding this issue.

**NHTSA ID Number:** 11494833
**Incident Date** September 10, 2022
**Consumer Location** GLENSIDE, PA
**Vehicle Identification Number** 2HGFE2F55NH****
**Summary of Complaint**
Since I've owned the car, when driving above 40 mph(when lkas may engage), with lkas off, the steering becomes statically neutral. . . I. E in a turn the steering wheel will remain in the turned position when pressure on the wheel is reduced. In this case the steering wheel( as well as the front wheels themselves) should straighten out as you continue to move. This is dangerous. Also, at highway speeds, in order to maintain the center of your lane small inputs to the steering wheel are normally required. In this vehicle, there is resistance to these small inputs. When the force of your input finally overcomes the resistance in the steering wheel the wheel turns more dramatically than intended(overcorrection). This is also dangerous. This also occurs with lkas off. It's almost like lkas engages the steering column preemptively above 40 mph but in a dangerous manner. I have less than 3000 miles on the car.

**NHTSA ID Number:** 11494669

**Incident Date** November 18, 2022
**Consumer Location** ROCKY MOUNT, NC
**Vehicle Identification Number** 2HGFE2F52NH****
**Summary of Complaint**
Steering wheel has some resistance when trying to correct while driving. It feels as if though the steering wheel is getting stuck and I have to force it when trying to correct the car when going straight.

**NHTSA ID Number:** 11494599
**Incident Date** November 1, 2022
**Consumer Location** LANSING, MI
**Vehicle Identification Number** 2HGFE2F54NH****
**Summary of Complaint**
The issues started around 3000 miles. When I turn the steering wheel to stay on the road around a slight curve, it will not naturally return to the center and I have to manually pull it back. It makes it feel like the car is wandering and if it gets much worse it will be unsafe. My car now has 5500 miles and is exhibiting a light "catch" or stickiness when making small adjustments (mostly noticed on the highway). My dealership is useless and rude and says that they will charge me a fee if they do not find anything wrong with the car, even though it is well under warranty. My concerns were confirmed by a mechanic shop in my area who acknowledged the steering oddity.

**NHTSA ID Number:** 11494265
**Incident Date** November 18, 2022
**Consumer Location** KINGWOOD, TX
**Vehicle Identification Number** 2HGFE1F99NH****
**Summary of Complaint**
notchy or sticking of steering wheel when driving and low or highway speeds. Less than 8,000 miles on the car and started within the last 1,000 miles. Issue is present with and without driving assist featured enabled/disabled.

**NHTSA ID Number:** 11493181
**Incident Date** October 24, 2022
**Consumer Location** STILLWATER, OK
**Vehicle Identification Number** 2HGFE2F52NH****
**Summary of Complaint**
When driving at normal and highway speeds with or without Lane Keep Assist activated steering rack gets stuck in position. When trying to maintain lane the steering wheel will lock and to release you must steer turn the wheel past this point of resistance. When this happens the car may end up leaving the roadway or entering another lane of traffic. The car has 53,000 miles and the warranty for this part is out however this is a known problem surfacing in forums with cars under 5000 miles. I feel this should be a recall due to the steering not functioning safely. This problem is getting worse over time and just started a couple weeks ago.

**NHTSA ID Number:** 11492258
**Incident Date** September 5, 2022
**Consumer Location** HERNDON, VA
**Vehicle Identification Number** 2HGFE1F91NH****
**Summary of Complaint**
Our 2022 Civic Touring started exhibiting weird steering behavior about 3000 miles in. With higher speeds, the steering "sticks" and requires slight, but manual force to free it. Usually, the stickiness happens and the car veers slightly to the left, I have to pull right to free the steering wheel again. This is dangerous as it can invite over compensation when correcting the locked steering, at best creates a jerky movement when correcting, at worst, over correction can cause accidents. Honda is not acknowledging this issue.

**NHTSA ID Number:** 11492103
**Incident Date** October 1, 2022
**Consumer Location** MIDDLESEX, NJ
**Vehicle Identification Number** 2HGFE2F51NH****
**Summary of Complaint**
when driving straight on highway steering wheel gets stuck at center causing jerking/ oversteering when trying to make small adjustments on highway. turned off all lane keeping assistance and lane departure options with no change. have had vehicle for almost one year and issue just started about one month ago. multiple other owners having same issue from online forums with dealers stating no problem

**NHTSA ID Number:** 11489269
**Incident Date** October 14, 2022
**Consumer Location** COOPER CITY, FL
**Vehicle Identification Number** 2HGFE2F58NH****
**Summary of Complaint**
Since I've owned the car, when driving above 40 mph(when LKAS may engage), with LKAS off, the steering becomes statically neutral...i.e in a turn the steering wheel will remain in the turned position when pressure on the wheel is reduced. In this case the steering wheel( as well as the front wheels themselves) should straighten out as you continue to move. This is dangerous. Also, at highway speeds, in order to maintain the center of your lane small inputs to the steering wheel are normally required. In this vehicle, there is resistance to these small inputs. When the force of your input finally overcomes the resistance in the steering wheel the wheel turns more dramatically than intended(overcorrection). This is also dangerous. This also occurs with LKAS off. It's almost like LKAS engages the steering column preemptively above 40 mph but in a dangerous manner.

**NHTSA ID Number:** 11487303
**Incident Date** July 27, 2022
**Consumer Location** MEMPHIS, TN
**Vehicle Identification Number** 2HGFE1F9XNH****

**Summary of Complaint**

Despite multiple attempts to correct and/or tighten, Vehicle exhibits loose ball control contact and unstable steering at low speeds. An audible roughness and response is heard when driving. Multiple Dealers have diagnosed and repeatedly attempted to remedy. Honda America Tech support has yet to offer any workable solutions. Will continue to pursue a solution to make the automobile completely safe to drive.

**NHTSA ID Number:** 11485695
**Incident Date** September 21, 2022
**Consumer Location** ANN ARBOR, MI
**Vehicle Identification Number** 19XFL1H88NE****
**Summary of Complaint**

The lane keep assist of the car is supposed to keep the car centered when enabled. It does this job well most of the time however a few times, the car keep wanting to hug the right lane line to the point where lane departure alert starts beeping. In summary the car thinks the center is closer towards the right lane line to the point where lane departure alert warning comes on. As the driver you have to actively hold the steering to keep it centered since the system will keep fighting you to gravitate towards the right lane line. This issue occurred twice as of this date with no specific pattern observed that might trigger it. The abnormal behavior is observed when the system is engaged for a while in its normal operation. This can pose a safety issue if the car suddenly drifts to the right rather keep it centered in the lane since it occurs without warning. No warning lights or alerts come in the car when this abnormal behavior occurs. However the dashboard (sport touring digital cluster) visualization also shows the car deviating towards the right lane line during this behavior indicating the car's camera also sees this abnormal behavior but the lane keeping logic somehow is issuing the wrong control commands. Plan to show it to a dealer soon.

**NHTSA ID Number:** 11469074
**Incident Date** June 13, 2022
**Consumer Location** DENVER, CO
**Vehicle Identification Number** 2HGFE1F91NH****
**Summary of Complaint**

I have just over 600 miles and haven't had an issue before today but today the Lane Centering/Keeping feature began pulling me sharply to the right side of the lane and crossed it, causing the vehicle's lane departure warning system to shake the steering wheel. I have driven this road with this car before. This did not happen.

**NHTSA ID Number:** 11465169
**Incident Date** October 15, 2021
**Consumer Location** STRAWBERRY PLAINS, TN
**Vehicle Identification Number** 2hgfe2f51nh****
**Summary of Complaint**

Steering pulls to the side making it very hard to steer. Will stay in lane when going straight but makes your arms sore trying to steer it. Does not happen at all speeds usually above 30mph. Duplicated by dealer. Unable To fix the problem due to steering rack in back order for over 6 months and counting. Will not drive the car as it is my daughters and is unsafe for her. No codes showing at the dealer.

**NHTSA ID Number:** 11464979
**Incident Date** May 15, 2022
**Consumer Location** CHICAGO, IL
**Vehicle Identification Number** 2HGFE2F57NH****
**Summary of Complaint**
Steering wheel starts to stick or bind after a 30 minute drive. When stopped there is clunk coming from the electronic power steering. Once on the high way, the steering wheel gets really sticky and when trying to do a small correction it jerks. After a while it becomes really unsafe to drive since all the correction you make are extreme and it struggles to keep the car centered on the lane without constant struggle.

**NHTSA ID Number:** 11458684
**Incident Date** March 16, 2022
**Consumer Location** FOX RIVER GROVE, IL
**Vehicle Identification Number** 2HGFE1F91NH****
**Summary of Complaint**
in a few different events I have had my 2022 civic but emergency brake with no object in front of me and pull me out of the lane instead of steering me in lane. I have provided Honda with video and picture evidence and they can't seem to do anything to fix it and I can no longer comfortable use those features and feel safe driving the vehicle.

**NHTSA ID Number:** 11454075
**Incident Date** January 10, 2022
**Consumer Location** SPRINGFIELD, TN
**Vehicle Identification Number** 19XFL1H82NE****
**Summary of Complaint**
Twice while using the Adaptive cruise control on the interstate my vehicle gave me a "BRAKE" warning and automatically applied hard braking on my vehicle even though this was at 0430 in the morning and no cars present on the interstate. I too pressed the brake and cancel on the steering wheel to try and disengage the Adaptive cruise control, so I could regain control of my vehicle. The first time it happened, it caught me off guard. The second time it happened, I was waiting for it. I drove with my hand able to disengage cruise control as soon as it would happen. This was an attempt to verify if the first time was a fluke or if there was a real problem. I have not used my cruise control since because I cannot trust it. Luckily these were when the traffic was light on the interstate and it did not cause a wreck.

**NHTSA ID Number:** 11452206

**Incident Date** February 4, 2022
**Consumer Location** CANOGA PARK, CA
**Vehicle Identification Number** 2HGFE2F54NH****
**Summary of Complaint**
My wife purchased a new 2022 Honda civic sport, it has lane control assist and at high speed it wonders, pulls side to side, follows lanes color change, pulls into a curve and pulls when going by big trucks into the truck. I have to hold the steering very tight and it has made my arms hurt from the straining. I went to Honda 4 time before anyone admitted it has a serious problem. Hammer Honda in Reseda Ca, verified the problems. The book clear states the lane change assist may or may not work, Honda denies anything is wrong. This is a safety issue and we have had 4 near crash events. I am a Certified Trained Alignment Technician and know cars well, I have 43 years of hands on experience, this car is unsafe and no one at Honda is disclosing this safety issue with this 2022 Honda Civic Sports. The expert at Honda on the 4th visit Witnessed and Verified the Lane Change Assists not working properly at 50 mph.

30.     Complaints posted on various websites paint a strikingly similar picture: From https://www.civicxi.com/forum/threads/22-civic-sticky-steering.51411/:

> anyone having the issue where your steering wheel gets stuck making it hard to make minor adjustments and making them dangerous please goto https://www.nhtsa.gov/report-a-safety-problem#index to report this issue, once a certain number of complaints are made they will contact honda and investigate since a lot of us are having issues with the dealers even acknowledging this.  [lincolnhose1]

> Yup! Happens at highway speeds for me. Started around 4400mi. Encourage everyone to report to NHTSA. Steering rack from new gen CR-V already recalled, lets get Civic rack recalled as well!  [theserbatron]

> Yeah I do. It blows my mind this passed QA.  [kev2069667]

> !!!!UPDATE!!! brought my car to the dealer today for my second appointment for the sticking steering and was told that there is a known issue now, and the fact that one of their service techs has the same car and was having the issue and they ordered his steering rack. Service advisor told me he was ordering a steering rack for my car (part is backordered which i knew) and that he would call to setup appointment once the part was in. [lincolnhose1]

> I have the same problem with my car. Every once in a while it gets stuck in the position i keep it in for a few seconds. It might be a feature for the lane keep or one of the other safety features. Hopefully they fix it whether it's mechanical or software.  [22-Si]

> Definitely a notchiness in the steering just off centre. My 2022 Civic has the problem. I'll be looking into getting it corrected as it drives me crazy on the

CLASS ACTION COMPLAINT                          - 73 -

highway. It's like a chipped tooth. Once you feel it you can't stop moving the steering wheel.  [Calgarian]

From https://www.civic11forum.com/threads/steering.1894/:

Have had my 22 sport for almost a year, just about 5k miles, i noticed about a month ago at higher speeds the steering gets strange. when driving straight and making the little left to right adjustments it feels likes it grabbing and i almost have to fight it to get that small adjustment.  [SCSOCO]

From https://www.civic11forum.com/threads/22-civic-lx-steering-wheel-sticking.2652/:

Just want to document/share an issue I've had recently. 14k miles Civic LX sedan. The steering wheel sticks at times. Driving straight and in turns. It's a slight stick, but increasingly more noticeable. While driving straight it happens if I don't touch the wheel for a few seconds. Then I'll need to make a minor correction and it's stuck. I have to put some decent pressure on the wheel to make it unstuck, which causes an over-correction. If i steadily make corrections it doesn't stick. Same in a turn. If I am making a slow or wide turn, wheel stays in same position for a second, it doesn't just roll out of the turn easily. I have to force it to come out of the turn. Again once it's unstuck it feels fine. Leaving it in one position for more than a second or two initiates the stuck. I'll be taking it to dealer, but wondering if anyone else has a sticking steering system?  [Superdave]

I've had my car 22 civic touring to the dealer twice this week for the same issue. They cannot find the problem, but they're only doing a couple minute drive on the highway. This car is unsafe with this issue and Honda customer service has not been any help. I'm thinking I'm going to have to get a lawyer and exercise my consumer protection rights. This is the third honda I've owned and will most likely be my last.  [rob.sinield]

31.     NHTSA has opened a Preliminary Evaluation to determine the scope and severity of the problem.

32.     Honda has been aware of the problem for years and even prior to releasing the Class Vehicles to the public.

33.     It is standard practice for an automobile manufacturer to engage in extensive pre-launch testing of its vehicles.  Honda did so for the Class Vehicles and tested the operation of the EPS systems prior to selling the cars.  Given the immediacy and frequency of consumer complaints about the EPS system contained in the Class

Vehicles soon after the Class Vehicles were sold, it is clear that Honda knew about the EPS problems before the Class Vehicles were sold.

34.     Honda has also been aware of the problems because it monitors consumer complaints about the Class Vehicles posted on the NHTSA website and other sites.

35.     Honda is also aware of the EPS problems because consumers have requested Honda and its authorized dealers to repair the problem, yet Honda has refused to.

36.     While Honda knew, or at least should have known, of the EPS problems at the time of sale or lease of the Class Vehicles, Plaintiffs and Class members, however, had no such knowledge.  The problem is latent in nature because it is not obvious or ascertainable upon reasonable examination, and the problem is also intermittent.

37.     Despite having more than adequate opportunity to successfully remedy the EPS problems in the Class Vehicles, Honda has failed to do so.

38.     Nonetheless, Honda continues to market the Class Vehicles as safe, touting "a host of new standard safety, driver-assistive and connected-car technologies" and its "full line of clean, safe, fun and connected vehicles . . . ."  https://hondanews.com/en-US/honda-automobiles/releases/all-new-honda-civic-named-2022-north-american-car-of-the-year.

39.     Honda says that it "is committed to providing safety for everyone.  We focus on developing enhanced levels of safety in all of our products, from cars and light trucks . . . ."  https://csr.honda.com/.  Honda also proclaims that it "put[s] high priority on the safety and quality of our products."  https://csr.honda.com/safety/.

40.     Honda markets its "Honda Sensing" features, which include Lane Keeping Assist System that purports to "adjust steering to help keep you centered" (https://automobiles.honda.com/sensing) and a Road Departure Mitigation System that "[a]djusts steering if you cross detected lanes without signaling" (*id.*).

41.     Plaintiffs and the other class members reasonably relied on Honda's statements regarding the quality, durability, and other material characteristics of the Class Vehicles.

42.     As demonstrated herein, Honda has not lived up to these safety promises with respect to the Class Vehicles.

## V.     CHOICE OF LAW ALLEGATIONS

43.     Because this Complaint is brought in California, California's choice of law regime governs the state law allegations in this Complaint. Under California' choice of law rules, California law applies to the claims of all Class members, regardless of their state of residence or state of purchase.

44.     Because Honda is headquartered—and made all decisions relevant to these claims—in California, California has a substantial connection to, and materially greater interest in, the rights, interests, and policies involved in this action than any other state. Application of California law to Honda and the claims of all Class members would not be arbitrary or unfair.

45.     Plaintiffs plead claims on behalf of a nationwide class because the laws for each state do not vary materially for these claims.  Alternatively, Plaintiffs plead state law classes claims as indicated below.  This Complaint refers to the nationwide and state classes collectively as the "Class," unless noted otherwise.

## VI.     CLASS ACTION ALLEGATIONS

46.     Plaintiffs bring this action on behalf of themselves and all others similarly situated under Fed. R. Civ. P. 23.

47.     Subject to confirmation, clarification and/or modification based on discovery to be conducted in this action, the classes that Plaintiffs seek to represent shall be defined as follows:

> All persons and entities nationwide that purchased or leased a Class Vehicle (the "Nationwide Class").

> All persons and entities that purchased or leased a Class Vehicle in the State of California (the "California Class").

All persons and entities that purchased or leased a Class Vehicle in
the State of South Carolina (the "South Carolina Class").

(Collectively, the "Class" unless otherwise noted.)

48.     Excluded from the Class are: (1) Defendant, any entity in which Defendant has a controlling interest, and its legal representatives, officers, directors, employees, assigns and successors; (2) the Judge to whom this case is assigned and any member of the Judge's staff or immediate family; and (3) Class Counsel.

49.     Plaintiffs seek only damages and injunctive relief on behalf of themselves and the Class members.  Plaintiffs disclaim any intent or right to seek any recovery in this action for personal injuries, wrongful death, or emotional distress suffered by Plaintiffs and/or the Class members.

50.     While the exact number of Class members is unknown to Plaintiffs at this time and can only be determined by appropriate discovery, membership in the Class is ascertainable based upon the records maintained by Defendants and governmental officials.  Upon information and belief, Defendant has sold and leased many thousands of Class Vehicles nationwide during the relevant time period.  Therefore, the Class members are so numerous that individual joinder of all Class members is impracticable under Fed. R. Civ. P. 23(a)(1).

51.     Common questions of law and fact exist as to all Class members. These common legal and factual questions include:

(a)     Whether Defendant designed, advertised, sold, and placed the Class Vehicles into the stream of commerce;

(b)     Whether the Class Vehicles were sold with the EPS problems described above;

(c)     Whether the EPS problems constitute a safety defect that created a foreseeable risk of harm to Plaintiffs and the Class;

(d)     Whether Defendant breached implied warranties made to the Class members;

(e)     Whether Defendant knew about the EPS problems and, if so, how long Defendant has known;

(f)     Whether Defendant concealed this knowledge and the EPS problems;

(g)     Whether Defendant's conduct violates consumer protection statutes, warranty laws, and other laws asserted herein;

(h)     Whether the Class members have suffered damages as a result of the conduct alleged herein, and if so, the measure of such damages, including diminution of value and deprivation of the benefit of the bargain; and

(i)     Whether the Class members are entitled to injunctive relief.

52.     Plaintiffs' claims are typical of the claims of the Class members whom they seek to represent under Fed. R. Civ. P. 23(a)(3) because Plaintiffs and each Class member have the same Class Vehicles with the same EPS problems.

53.     Plaintiffs will fairly and adequately represent and protect the interests of the Class members as required by Fed. R. Civ. P. 23(a)(4).  Plaintiffs are adequate representatives because their interests do not conflict with the interests of the Class members.  Further, Plaintiffs have retained counsel competent and experienced in complex class action litigation, including automotive defect class action litigation, and Plaintiffs intend to prosecute this action vigorously.  Therefore, the interests of the Class members will be fairly and adequately protected.

54.     A class action is appropriate under Fed. R. Civ. P. 23(b)(3) because questions of law or fact common to Class members predominate over any questions affecting only individual members, and a class action is superior to any other available means for fairly and efficiently adjudicating the controversy.  In this regard, the Class members' interests in individually controlling the prosecution of separate actions is low given the magnitude, burden, and expense of individual prosecutions against a large corporation such as Defendant.  It is desirable to concentrate this litigation in this forum to avoid burdening the courts with individual lawsuits.  Individualized litigation presents a potential for inconsistent or contradictory results and also increases the delay and expense to all parties and the court system presented by the legal and factual issues of this case.  By contrast, the class action procedure here will have no management difficulties.  Defendant's records and records available publicly will easily identify the Class members.  The EPS system and the EPS problems are common to all Class

Vehicles; therefore, the same common documents and testimony will be used to prove Plaintiffs' claims as well as the claims of the Class members. Finally, proceeding as a class action provides the benefits of single adjudication, economies of scale, and comprehensive supervision by a single court

55. A class action is appropriate under Fed. R. Civ. P. 23(b)(2) because, as stated above, Defendant has acted or refused to act on grounds that apply generally to the Class members, so that final injunctive relief or corresponding declaratory relief is appropriate as to all Class members.

## VII.   CLAIMS

**A.    Claims Brought on Behalf of the Nationwide Class**

### COUNT I
### BREACH OF IMPLIED WARRANTY
### (BASED ON CALIFORNIA LAW)

56. Plaintiffs re-allege and incorporate each and every allegation set forth above as if fully written herein.

57. This count is brought under California law on behalf of a Nationwide Class.

58. As detailed herein, Defendant designed, manufactured, distributed, and sold the Class Vehicles knowing that consumers like Plaintiffs and the Class would purchase these products from Honda's authorized dealers as a means of transportation.

59. As merchants of the Class Vehicles, Honda warranted to the Plaintiffs and the Class that the Class Vehicles were fit for the ordinary purpose for which they are used.

60. Plaintiffs relied on this warranty to their detriment.

61. The Class Vehicles are not "merchantable" because they are not reasonably fit for the ordinary purpose for which they are sold, which is to provide safe, reliable transportation. To the contrary, the Class Vehicles pose a substantial safety hazard because of the EPS problems.

62. Sufficient privity of contract exists to assert this implied warranty claim.

63.     Defendant markets and advertises the sale of the Class Vehicles in various media outlets across the United States, including to the Plaintiffs and the Class.

64.     Defendant advertises its authorized dealer network on its websites and tasks the dealers with administering the promotional material and warranty information for new Class Vehicles to prospective consumers throughout the nation. Through Defendant's website, consumers obtain information about vehicles; design specific vehicles to meet his or her needs; obtain information about the value of trade–in vehicles; request additional marketing materials; and request quotes for the vehicles. Defendant then sends these consumers to "authorized dealers" to consummate sales and leases.

65.     Defendant controls various details regarding their dealers' operations through various written agreements, such as: (i) granting each dealer a license to use their respective trademarks and intellectual property; (ii) furnishing each dealer with marketing materials to assist in the sale of the vehicles; (iii) providing training to dealership personnel to assist in their sales activities; and (iv) prohibiting their dealers from engaging in certain practices that otherwise detract from the Honda brand or undermine the sale of Honda vehicles, including the Class Vehicles.

66.     Plaintiffs purchased and/or leased their respective Class Vehicles from "authorized dealers" with the understanding that these dealers were acting on behalf of Defendant.

67.     The sole and express purpose that each authorized Honda dealer has when it acquires the vehicles from Honda is to immediately re–sell them to the end–users like Plaintiffs and the Class members.

68.     Defendant's conduct, and the conduct of its respective dealers, thus create a justifiable belief on the part of Plaintiffs and Class members that the dealers are agents of Honda, which the Plaintiffs relied on to their detriment.

69.     Thus, each Honda dealership operates as the actual and/or apparent agent of Honda, which satisfies any privity requirement.

70.     Moreover, the purchase and/or lease agreements between the Plaintiffs and their respective dealers were entered directly and primarily for Honda's benefit.

71.     Likewise, any contract whereby Defendant's authorized dealers acquire the Class Vehicles from Defendant to resell to the end–user is also for the express benefit of Plaintiffs and the Class. On information and belief, Defendant's authorized dealers make little money on the actual sale or lease of the Class Vehicles.

72.     Plaintiffs and the members of the Class therefore have standing to assert implied warranty claims against Defendant by virtue of its status as an intended, third–party beneficiary of these dealership sales agreements, which further satisfies the privity requirement.

73.     Privity thus exists between Defendant on the one hand, and the Plaintiffs and the Class on the other by virtue of the express warranties provided through Honda's purchase and/or lease agreements.

74.     Moreover, the Magnuson–Moss Warranty Act ("MMWA") provides that when a manufacturer offers a written warranty, it may limit the duration of an implied warranty to the duration of an express warranty, but it cannot disclaim implied warranties all together. *See* 15 U.S.C. § 2308(a) ("No supplier may disclaim or modify . . . any implied warranty to a consumer with respect to such consumer product if (1) such supplier makes any written warranty to the consumer with respect to such consumer Product. . . ."). A manufacturer should not be permitted to avoid this prohibition by claiming an ostensible lack of privity when the manufacturer itself chose its distribution model.

75.     Imposing a rigid privity requirement in this case would permit Defendant to escape both the letter and spirit of the MMWA through its preferred distribution scheme; one in which the only parties in strict privity that can assert an implied warranty

1  claim are Defendant's own dealers who would never need to assert the claim in the first
2  instance.

3      76.    Consequently, any rigid application of a state law privity requirement
4  would violate the Supremacy Clause and be preempted. See U.S. Const. art. VI ("This
5  Constitution, and the Laws of the United States which shall be made in Pursuance
6  thereof . . . shall be the supreme Law of the Land; and the Judges in every State shall be
7  bound thereby, any Thing in the Constitution or Laws of any State to the Contrary
8  notwithstanding.").

9      77.    As a direct and proximate result of Defendant's breach of these implied
10 warranties, Plaintiffs and the Class have suffered damages, injury in fact, and
11 ascertainable loss in an amount to be determined at trial.  These damages include, but
12 are not limited to, overpayment for the Class Vehicles, costs to get the Class Vehicles
13 repaired, the loss of use of the Vehicles, costs associated with the replacement of the
14 Class Vehicles damaged in collisions resulting from the EPS problem, and/or the
15 diminution in value of the Class Vehicles.

16     78.    The circumstances described herein caused Defendant's exclusive or
17 limited remedy to fail its essential purpose, such that the Plaintiffs and the Class may
18 seek alternative remedies. Indeed, these warranties have denied the Plaintiffs and the
19 Class the benefit of their respective bargains, which presupposes they were (or are) able
20 to use the Class Vehicles in a meaningful manner without steering problems.

21     79.    Further, Honda's exclusion and/or limitation of consequential damages in
22 their New Vehicle Limited Warranties is unconscionable and void for the reasons stated
23 above.

24     80.    Accordingly, the Plaintiffs and the Class are entitled to damages flowing
25 from Defendant's breach of implied warranties, as well as all consequential and
26 incidental damages resulting from this breach.

27
28

81.     Plaintiffs and Class members have complied with all obligations under the warranty, or otherwise have been excused from performance of said obligations as a result of Defendant's conduct described herein. Affording Defendant a reasonable opportunity to cure the breach of written warranties therefore would be unnecessary and futile.

**COUNT II**
**VIOLATIONS OF MAGNUSON MOSS WARRANTY ACT,**
**15 U.S.C. §§ 2301**

82.     Plaintiffs repeat and reallege the preceding paragraphs as if fully set forth herein.

83.     Plaintiffs bring this claim on behalf of the Nationwide Class.

84.     Congress enacted the MMWA, 15 U.S.C. §§ 2301 et seq., to address the widespread misuse of merchants' express warranties and to protect consumers from deceptive warranty practices. The MMWA imposes civil liability on any "warrantor" who fails to comply with any obligation under a written or corresponding implied warranty. *Id*. § 2310(d)(1).

85.     The Class Vehicles are "consumer products" as defined in 15 U.S.C. § 2301(1).

86.     Plaintiffs and members of the Class are "consumers" as defined in 15 U.S.C. § 2301(3).

87.     Honda is a "supplier" and "warrantor" as those terms are defined in 15 U.S.C. § 2301(4) & (5), respectively.

88.     In connection with the sale and/or lease of the Class Vehicles, Defendant supplied Plaintiffs and the Class with "written warranties" as that term is defined in 15 U.S.C. § 2301(6).

89.     15 U.S.C. § 2310(d)(1) provides that "a consumer who is damaged by the failure of the supplier, warrantor, or service contractor to comply with any obligation under [the MMWA], or a written warranty, implied warranty, or service contract, may

bring suit for damages and other legal and equitable relief in any court of competent jurisdiction in any state."

90.    15 U.S.C. § 2301(d)(1) provides a cause of action for any consumer who is damaged by the failure of a warrantor to comply with an implied warranty.

91.    Defendant provided Plaintiffs and Class members with an implied warranty of merchantability in connection with the purchase or lease of their vehicles that is an "implied warranty" within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(7). As a part of the implied warranty of merchantability, Defendants warranted that the Vehicles were fit for their ordinary purpose and would pass without objection in the trade as designed, manufactured, and marketed, and were adequately contained, packaged, and labeled.

92.    Defendants breached its implied warranties, as described herein, and is therefore liable to Plaintiffs under 15 U.S.C. § 2310(d)(1). The EPS problem rendered the Vehicles unmerchantable and unfit for their ordinary use of driving when they were sold or leased, and at all times thereafter.

93.    Plaintiffs used their respective Class Vehicles in a manner consistent with their intended use and performed every duty required of them under the terms of the warranty, except as may have been excused or prevented by Defendants' conduct or by operation of law.

94.    Plaintiffs and the Class seek to recover damages resulting directly from Defendants' breach of their implied warranties and their deceitful and unlawful conduct described herein.  These damages include, but are not limited to, overpayment for the Class Vehicles, costs to have the Class Vehicles repaired, the loss of use of their respective Vehicles, costs associated with the replacement of the Class Vehicles damaged in collisions resulting from the EPS problem, and/or the diminution in value of Class Vehicles.

95.     The MMWA also permits "other legal and equitable" relief. 15 U.S.C. § 2310(d)(1). Plaintiffs seek reformation of Defendant's respective written warranties to comport with their obligations under the MMWA and with consumers' reasonable expectations.   Plaintiffs also seek to enjoin Defendants from acting unlawfully as alleged herein.

96.     Finally, Plaintiffs intend to seek such an award as prevailing consumers at the conclusion of this case.  The MMWA provides for an award of costs and expenses, including attorneys' fees, to prevailing consumers in the Court's discretion. 15 U.S.C. § 2310(d)(2).

## COUNT III
## UNJUST ENRICHMENT

97.     Plaintiffs repeat and reallege the preceding paragraphs as if fully set forth herein. This claim is brought under California law on behalf of the Nationwide class.

98.     This claim is pleaded in the alternative to any contract–based claims asserted by the Plaintiffs noted above.  *See* Fed. R. Civ. P. 8(d)(2).  Moreover, a claim for unjust enrichment is properly brought where, as here, Defendant contends that its warranties do not apply to the EPS problems.

99.     Plaintiffs bought and/or leased their Vehicles new, directly from a Honda dealership.

100.   Every year, Defendant makes millions of dollars in revenue selling and leasing new Vehicles through its respective dealer networks across the United States.

101.   Plaintiffs allege upon information and belief that consumers are permitted to buy Vehicles directly from Defendant, but that the proceeds flow through various dealers and/or related companies (e.g., their finance companies) back to Defendant.

102.   Accordingly, the purchase and lease of new Vehicles confers a direct monetary benefit on Defendant.

103.   Used Vehicle purchasers also conferred a benefit on Defendant. Defendant profits off the replacement parts needed to service and repair these Vehicles.

104. Further, as more used Vehicles stay in the stream of commerce, Defendant's brand awareness rises, which is of substantial value to vehicle manufacturers.

105. Accordingly, Plaintiffs and the Class conferred a benefit upon Defendant, whether directly, indirectly, or through one or more affiliate entities.

106. Defendant knew and appreciated the benefits conferred upon it through the sale of the Class Vehicles to Plaintiffs and members of the Class. Many of the Vehicles were financed through Hyundai's related finance company.

107. Notably, federal law mandates that Honda maintain records of first–time purchasers of Class Vehicles, *see* 49 U.S.C. § 30117(b), and remains able to identify the owners of their used cars, including the owners of certain Class Vehicles, to comply with recall notification procedures under applicable law. *See id*. § 30119(d)(1)(A).

108. Defendant has long represented to the consuming public that the Class Vehicles are safe, reliable, and durable. However, the EPS system in the Class Vehicles are not safe, reliable, and durable.

109. As a result of Defendant's wrongful conduct, unsuspecting consumers like Plaintiffs and the Class overpaid for the Class Vehicles and incurred additional costs, thereby earning more profit.

110. Defendant continued to market the Class Vehicles despite knowing that they were unsafe, foisting the cost Honda otherwise would have been forced to bear through a voluntary recall or otherwise on Plaintiffs and the Class.

111. Under these circumstances, it would be unjust to allow Defendant to accept and retain the benefits identified herein without paying Plaintiffs and the Class them for their value.

**COUNT IV**
**VIOLATIONS OF THE CALIFORNIA CONSUMER**
**LEGAL REMEDIES ACT**
**(CAL. CIV. CODE § 1750, *ET SEQ.*)**

112.   Plaintiffs incorporate by reference all preceding allegations as though fully set forth herein.

113.   Plaintiffs bring this claim as part of the Nationwide Class.

114.   California's Consumers Legal Remedies Act ("CLRA"), Cal. Civ. Code § 1750, *et seq*., proscribes "unfair methods of competition and unfair or deceptive acts or practices undertaken by any person in a transaction intended to result or which results in the sale or lease of goods or services to any consumer."

115.   The Vehicles are "goods" as defined in Cal. Civ. Code § 1761(a).

116.   Plaintiffs and the other Class members are "consumers" as defined in Cal. Civ. Code § 1761(d), and Plaintiffs, the other Class members, and Defendant is a "person" as defined in Cal. Civ. Code § 1761(c).

117.   As alleged herein, Defendant made misleading representations and omissions concerning the benefits, performance, and safety of the Vehicles.

118.   In purchasing or leasing the Vehicles, Plaintiffs and other Class members were deceived by Defendant's failure to disclose its knowledge of the EPS problems.

119.   Defendant's conduct as described herein was and is in violation of the CLRA. Defendant's conduct violates at least the following enumerated CLRA provisions:

    i.    Cal. Civ. Code § 1770(a)(5): Representing that goods have sponsorship, approval, characteristics, uses, benefits, or quantities that they do not have.

    ii.    Cal Civ. Code § 1770(a)(7): Representing that goods are of a particular standard, quality, or grade if they are of another.

    iii.    Cal. Civ. Code § 1770(a)(9): Advertising goods with intent not to sell them as advertised.

1

2

3

        iv.    Cal Civ. Code § 1770(a)(16): Representing that goods have been supplied in accordance with a previous representation when they have not.

4

5

6

120.   Defendant intentionally and knowingly misrepresented and omitted material facts regarding the Vehicles with an intent to mislead Plaintiffs and Class members.

7

8

121.   In purchasing or leasing the Vehicles, Plaintiffs and other Class members were deceived by Defendant's failure to disclose their knowledge of the Defect.

9

10

11

122.   Plaintiffs and other Class members had no way of knowing Defendant's representations were false, misleading, and incomplete or knowing the true nature of the EPS problems.

12

13

14

123.   As alleged herein, Defendant engaged in a pattern of deception and public silence in the face of EPS problems only known to Honda. Plaintiffs and other Class members did not, and could not, unravel Defendant's deception on their own.

15

124.   Defendant knew or should have known that its conduct violated the CLRA.

16

17

18

125.   Defendant owed Plaintiffs and the Class members a duty to disclose the truth about the power EPS system in the Class Vehicles because the EPS problems created a safety hazard and Defendant:

19

        i.    Possessed exclusive knowledge of the EPS system and its problems,

20

21

        ii.    Intentionally concealed the foregoing from Plaintiffs and Class members; and/or

22

23

        iii.    Made incomplete representations in advertisements and on its website, failing to warn the public.

24

25

26

27

126.   Defendant had a duty to disclose that the Vehicles were fundamentally flawed as described herein, and that the EPS problems created a safety hazard, and Plaintiffs and the other Class members relied on Defendant's material misrepresentations and omissions regarding the features of the Vehicles.

28

127.   Defendant's conduct proximately caused injuries to Plaintiffs and the other Class members that purchased the Vehicles and suffered harm as alleged herein.

128.   Plaintiffs and the other Class members were injured and suffered ascertainable loss, injury-in-fact, and/or actual damage as a proximate result of Defendant's conduct in that Plaintiffs and the other Class members incurred costs, including overpaying for their Vehicles that have suffered a diminution in value.

129.   Defendant's violations cause continuing injuries to Plaintiffs and other Class members.

130.   Defendant's unlawful acts and practices complained of herein affect the public interest.

131.   Defendant knew of the EPS problems, and that the Vehicles were materially compromised by it.

132.   The facts concealed and omitted by Defendant from Plaintiffs and other Class members are material in that a reasonable consumer would have considered them to be important in deciding whether to purchase a Vehicle or pay a lower price. Had Plaintiffs and the other Class members known about the EPS problems in the Vehicles, they would not have purchased the Vehicles or would not have paid the prices they paid.

133.   Plaintiffs' and the other Class members' injuries were proximately caused by Defendant's unlawful and deceptive business practices.

134.   Pursuant to Cal. Civ. Code § 1780(a), Plaintiffs seek an order enjoining Defendant from engaging in the methods, acts, or practices alleged herein.

135.   Plaintiffs sent out a notice letter on April 24, 2023.

136.   Pursuant to Cal. Civ. Code § 1782, if Defendant does not rectify its conduct within 30 days, Plaintiffs intend to amend this Complaint to add claims under the Cal. Civ. Code for:

    i.    Actual damages;

ii.   Restitution of money to Plaintiffs and Class members, and the general public;

iii.   Punitive damages;

iv.   An additional award of up to $5,000 to each Plaintiff and any Class member who is a "senior citizen";

v.   Attorneys' fees and costs; and

vi.   Other relief that this Court deems proper.

## COUNT V
## VIOLATIONS OF CALIFORNIA'S UNFAIR COMPETITION LAW
### (CAL. BUS. & PROF. CODE § 17200, *ET SEQ.*)

137.   Plaintiffs incorporate by reference all preceding allegations as though fully set forth herein.

138.   Plaintiffs bring this claim on behalf of the Nationwide Class.

139.   California's Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code § 17200, *et seq.*, proscribes acts of unfair competition, including "any unlawful, unfair or fraudulent business act or practice and unfair, deceptive, untrue, or misleading advertising."

140.   Defendant's conduct, as described herein, was and is in violation of the UCL.  Defendant's conduct violates the UCL in at least the following ways:

i.   By failing to disclose the EPS problems;

ii.   By selling and leasing Vehicles that suffer from EPS problems;

iii.   By knowingly and intentionally concealing from Plaintiffs and the other Class members the EPS problems;

iv.   By marketing Vehicles as safe, convenient, and defect free, with cutting edge technology, all while knowing of the EPS problems; and

v.   By violating other California laws, including California consumer protection laws.

141.   Defendant intentionally and knowingly misrepresented and omitted material facts regarding the Vehicles with intent to mislead Plaintiffs and the other Class members.

142.   In purchasing or leasing the Vehicles, Plaintiffs and the other Class members were deceived by Defendant's' failure to disclose and remedy the EPS problems.

143.   Plaintiffs and the other Class members reasonably relied upon Defendant's false misrepresentations and omissions.  They had no way of knowing that Defendant's representations were false, misleading, and incomplete. As alleged herein, Defendant engaged in a pattern of deception and public silence in the face of the known EPS problems.   Plaintiffs and the other Class members did not, and could not, unravel Defendant's deception on their own.

144.   Defendant knew or should have known that its conduct violated the UCL.

145.   Defendant owed Plaintiffs and the other Class members a duty to disclose the truth about the Defect because the Defect created a safety hazard and Defendants:

    i.   Possessed exclusive knowledge of the EPS system and its problems,

    ii.   Intentionally concealed the foregoing from Plaintiffs and Class members; and/or

    iii.   Made incomplete representations in advertisements and on its website, failing to warn the public.

146.   Defendant had a duty to disclose the EPS problems, because Plaintiffs and the other Class members relied on Defendant's material misrepresentations and omissions.

147.   Defendant's conduct proximately caused injuries to Plaintiffs and the other Class members that purchased the Vehicles and suffered harm as alleged herein.

148.   Plaintiffs and the other Class members were injured and suffered ascertainable loss, injury-in-fact, and/or actual damage as a proximate result of

Defendant's conduct in that Plaintiffs and the other Class members incurred costs, including overpaying for their Vehicles that have suffered a diminution in value.

149.   Defendant's violations cause continuing injuries to Plaintiffs and Class members.

150.   Defendant's unlawful acts and practices complained of herein affect the public interest.

151.   Defendant's misrepresentations and omissions alleged herein caused Plaintiffs and the other Class members to make their purchases of their Vehicles.  Absent those misrepresentations and omissions, Plaintiffs and the other Class members would not have purchased these Vehicles, would not have purchased these Vehicles at the prices they paid, and/or would have purchased less expensive alternative vehicles that did not contain the same problematic EPS system and did not fail to live up to industry standards.

152.   Accordingly, Plaintiffs and the other Class members have suffered injury-in-fact, including lost money or property, as a result of Defendant's misrepresentations and omissions.

153.   Plaintiffs request that this Court enter such orders or judgments as may be necessary to restore to Plaintiffs and Class members any money Defendant acquired by unfair competition, including restitution and/or restitutionary disgorgement, as provided in Cal. Bus. & Prof. Code § 17203 and Cal. Civ. Code § 3345; and for such other relief as may be appropriate.

## COUNT VI
## FRAUD BY CONCEALMENT
## (BASED ON CALIFORNIA LAW)

154.   Plaintiffs incorporate by reference all preceding allegations as though fully set forth herein.

155.   Plaintiffs bring this claim on behalf of the Nationwide Class.

156.   Defendant intentionally concealed the EPS problems.

157.   Defendant further affirmatively misrepresented to Plaintiffs in advertising and other forms of communication, including standard and uniform material provided with each car and on its website, that the Vehicles they were selling had no significant defects, that the Vehicles were reliable, and would perform and operate properly.

158.   Defendant knew about the EPS problems when these representations were made.

159.   The Vehicles purchased by Plaintiffs and the other Class members contained EPS systems prone to malfunction.

160.   Defendant had a duty to disclose the EPS problems as alleged herein, because the EPS problems created a safety hazard and Plaintiffs and the other Class members relied on Defendant's material representations.

161.   As alleged herein, at all relevant times, Defendant has held out the Vehicles to be free from defects.  Defendant touted and continue to tout the many benefits and advantages of the Vehicles, but nonetheless failed to disclose important facts related to the EPS problems. This made Defendant's other disclosures about the Vehicles deceptive.

162.   The truth about the EPS problems was known only to Defendant; Plaintiffs and the other Class members did not know of these facts, and Defendant actively concealed these facts from Plaintiffs and Class members.

163.   Plaintiffs and the other Class members reasonably relied upon Defendant's deception.  They had no way of knowing that Defendant's representations were false, misleading, or incomplete.  As consumers, Plaintiffs and Class members did not, and could not, unravel Defendant's deception on their own.  Rather, Defendant intended to deceive Plaintiffs and Class members by concealing the true facts about the Vehicles.

164.   Defendant's false representations and omissions were material to consumers because they concerned qualities of the Vehicles that played a significant role in the value of the Vehicles.

165.   Defendant had a duty to disclose the EPS problems and violations with respect to the Vehicles because details of the true facts were known and/or accessible only to Defendant, because Defendant had exclusive knowledge as to such facts, and because Defendant knew these facts were not known to or reasonably discoverable by Plaintiffs or Class members.

166.   Defendant also had a duty to disclose because it made general affirmative representations about the technological and safety innovations included with its Vehicles, without telling consumers that the Vehicles had a fundamental EPS issue that would affect the safety, quality, and performance of the Vehicle.

167.   Defendant's disclosures were misleading, deceptive, and incomplete because they failed to inform consumers of the additional facts regarding the EPS problems as set forth herein.  These omitted and concealed facts were material because they directly impact the value of the Vehicles purchased by Plaintiffs and Class members.

168.   Defendant has still not made full and adequate disclosures and continue to defraud Plaintiffs and Class members by concealing material information regarding the EPS problems.

169.   Plaintiffs and Class members were unaware of the omitted material facts referenced herein, and they would not have acted as they did if they had known of the concealed and/or suppressed facts, in that they would not have purchased or paid as much for cars with faulty technology, and/or would have taken other affirmative steps in light of the information concealed from them.  Plaintiffs' and Class members' actions were justified.  Defendant was in exclusive control of the material facts, and such facts were not generally known to the public, Plaintiffs, or Class members.

170.   Because of the concealment and/or suppression of facts, Plaintiffs and Class members sustained damage because they own or lease Vehicles that are diminished in value as a result of Defendant's concealment of the true quality of the

CLASS ACTION COMPLAINT                                    - 94 -

Vehicles.  Had Plaintiffs and Class members been aware of the EPS problems in the Vehicles, and the Defendant's disregard for the truth, Plaintiffs and Class members would have paid less for their Vehicles or would not have purchased or leased them at all.

171.   The value of Plaintiffs' and Class members' Vehicles have diminished as a result of Defendant's fraudulent concealment of the EPS problems, which has made any reasonable consumer reluctant to purchase any of the Vehicles, let alone pay what otherwise would have been fair market value for the Vehicles.

172.   Accordingly, Defendant is liable to Plaintiffs and Class members for damages in an amount to be proven at trial.

173.   Defendant's acts were done wantonly, maliciously, oppressively, deliberately, with intent to defraud, and in reckless disregard of Plaintiffs' and Class members' rights and the representations that Defendant made to them, in order to enrich Defendant.  Defendant's conduct warrants an assessment of punitive damages in an amount sufficient to deter such conduct in the future, which amount is to be determined according to proof.

**COUNT VII**
**BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY**
**(CAL. COM. CODE § 2314)**

174.   Plaintiffs incorporate by reference all preceding allegations as though fully set forth herein.

175.   Plaintiffs bring this claim on behalf of the Nationwide Class.

176.   Defendant is and was at all relevant times a merchant with respect to motor vehicles under Cal. Com. Code § 2104.

177.   A warranty that the Vehicles were in merchantable condition was implied by law in the instant transaction, pursuant to Cal. Com. Code § 2314.

178.   Defendant marketed the Vehicles as safe and reliable.  Such representations formed the basis of the bargain in Plaintiffs' and Class members' decisions to purchase or lease the Vehicles.

179.   Plaintiffs and other Class members purchased or leased the Vehicles from Defendant, through Defendant's authorized agents for retail sales, through private sellers, or were otherwise expected to be the eventual purchasers of the Vehicles when bought from a third party.  At all relevant times, Defendant was the manufacturer, distributors, warrantors, and/or seller of the Vehicles.

180.   Defendant knew or had reason to know of the specific use for which the Vehicles were purchased or leased.

181.   Because of the EPS problems, the Vehicles were not in merchantable condition when sold and are not fit for the ordinary purpose of providing safe and reliable transportation.

182.   Defendant knew about the EPS problems, allowing Defendant to cure its breach of its warranty if it chose.

183.   Defendant's attempt to disclaim or limit the implied warranty of merchantability vis-à-vis consumers is unconscionable and unenforceable here. Specifically, Defendant's warranty limitation is unenforceable because it knowingly sold or leased a dangerous product without informing consumers about the EPS problems. The time limits contained in Defendant's warranty periods were also unconscionable and inadequate to protect Plaintiffs and other Class members.  Among other things, Plaintiffs and other Class members had no meaningful choice in determining these time limitations, the terms of which unreasonably favored Defendant. A gross disparity in bargaining power existed between Defendant and other Class members, and Defendant knew of the EPS problems at the time of sale.

184.   Plaintiffs and Class members have complied with all obligations under the warranty, or otherwise have been excused from performance of said obligations as a

result of Defendant's conduct described herein. Affording Defendant a reasonable opportunity to cure the breach of written warranties therefore would be unnecessary and futile.

185.   Accordingly, Defendant is liable to Plaintiffs and Class members for damages in an amount to be proven at trial.

**B.     Claims Brought on Behalf of the South Carolina Class**

**COUNT VIII**
**VIOLATION OF THE SOUTH CAROLINA**
**UNFAIR TRADE PRACTICES ACT**
**(S.C. CODE ANN. § 39-5-10 *ET SEQ.*)**

186.   Plaintiff Nesbitt ("Plaintiff," for purposes of all South Carolina Class Counts) incorporates by reference all preceding allegations as though fully set forth herein.

187.   This claim is brought by Plaintiff on behalf of the South Carolina Class.

188.   The South Carolina Unfair Trade Practices Act ("South Carolina UTPA") prohibits "unfair or deceptive acts or practices in the conduct of any trade or commerce . . . ." S.C. Code Ann. § 39-5-20(a).

189.   Defendant is a "person" under S.C. Code Ann. § 39-5-10.

190.   Pursuant to S.C. Code Ann. § 39-5-140(a), Plaintiff and Class members seek monetary relief to recover their economic losses.  Because Defendant's actions were willful and knowing, Plaintiff's damages should be trebled.

191.   Honda violated the South Carolina UTPA by concealing and failing to disclose the EPS problems.  Honda had an ongoing duty to Plaintiff and the South Carolina Class to refrain from unfair and deceptive practices under the South Carolina UTPA in the course of its business.

192.   Plaintiff and the South Carolina Class suffered ascertainable loss and actual damages as a direct and proximate result of Honda's concealments, omissions, and/or failure to disclose material information.

193.   Plaintiff also seeks punitive damages against Defendant because it carried out despicable conduct with willful and conscious disregard of the rights and safety of others, subjecting Plaintiff to cruel and unjust hardship as a result.  Honda's conduct was knowing, intentional, with malice, demonstrated a complete lack of care, and was in reckless disregard for the rights of Plaintiff and the other Class members.  Plaintiff and the other Class members are therefore entitled to an award of punitive damages.

194.   Plaintiff further seeks an order enjoining Defendant's unfair or deceptive acts or practices.

**COUNT IX**
**BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY**
**(S.C. CODE §§ 36-2-314 AND 36-2A-212)**

195.   Plaintiff incorporates by reference all preceding allegations as though fully set forth herein.

196.   Plaintiff brings this claim on behalf of the South Carolina Class.

197.   Honda was at all relevant times a "merchant" with respect to motor vehicles under S.C. Code §§ 36-2-104(1) and 36-2A-103(1)(t), and a "seller" of motor vehicles under § 36-2-103(1)(d).

198.   The Vehicles are and were at all relevant times "goods" within the meaning of S.C. Code §§ 36-2-105(1) and 36-2A-103(1)(h).

199.   A warranty that the Vehicles were in merchantable condition and fit for the ordinary purpose for which vehicles are used is implied by law pursuant to S.C. Code §§ 36-2-314 and 36-2A-212.

200.   These Vehicles, when sold and at all times thereafter, were not in merchantable condition and are not fit for the ordinary purpose for which cars are used. Specifically, the EPS problems in the Vehicles render them unsafe, inconvenient, and imperfect such that Plaintiff and Class Members would not have purchased the Vehicles had they known of the EPS problems.

CLASS ACTION COMPLAINT                - 98 -

201.   Honda knew about the EPS problems at the time of purchase, allowing it to cure its breach of warranty if it chose.

202.   Honda was provided notice of these issues by numerous complaints against it, including the instant Complaint, and by customer complaints, letters, emails and other communications from Class Members and from dealers and other repair facilities.

203.   As a direct and proximate result of Honda's breach of the implied warranty of merchantability, Plaintiff and the other South Carolina Class members have been damaged in an amount to be proven at trial, including but not limited to, benefit-of-the-bargain damages, restitution and/or diminution of value.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs, on their own behalf and on behalf of the Class members, respectfully request judgment against Defendant as follows:

(A)    certifying the proposed Nationwide Class and State Law Classes;

(B)    appointing Plaintiffs and their counsel to represent the Classes;

(C)    ordering injunctive relief, restitution, disgorgement, and/or other appropriate relief;

(D)    awarding compensatory, punitive, exemplary, and other recoverable damages;

(E)    awarding reasonable attorney's fees and expenses;

(F)    awarding pre-judgment and post-judgment interest; and

(G)    awarding such other and further relief as this Court may deem just and proper.

## JURY DEMAND

Plaintiffs demand a trial by jury of all issues so triable.

1    Dated: April 24, 2022.              Respectfully submitted,

2
                                         HAGENS BERMAN SOBOL SHAPIRO LLP
3
                                         By */s/ Christopher R. Pitoun*
4                                            Christopher R. Pitoun (SBN 290235)
                                         301 North Lake Avenue, Suite 920
5                                        Pasadena, California 91101
                                         Telephone: (213) 330-7150
6                                        Facsimile: (213) 330-7152
                                         *christopherp@hbsslaw.com*
7

8                                        Steve W. Berman (to be admitted *pro hac vice*)
                                         Sean R. Matt (to be admitted *pro hac vice*)
9                                        HAGENS BERMAN SOBOL SHAPIRO LLP
                                         1301 Second Avenue, Suite 2000
10                                       Seattle, Washington 98101
                                         Telephone: (206) 623-7292
11                                       Facsimile: (206) 623-0594
                                         *steve@hbsslaw.com*
12                                       *sean@hbsslaw.com*

13

14                                       *Counsel for Plaintiffs and the Proposed Class*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CLASS ACTION COMPLAINT                   - 100 -